AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| David Williamson, Chase Hansel, Keith Becher, Ronald Gordon, Jeffery Koeberl, Central Florida Freethought Community, Space Coast Freethought Association, Humanist Community Of The Space Coast <br><br> *Plaintiff(s)* <br> v. <br> Brevard County <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) Civil Action No. ) 6:15-CV-1098-ORL-28DAB ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brevard County
c/o District 1 County Commissioner Robin Fisher (Chair)
Brevard County Board of County Commissioners
2725 Judge Fran Jamieson Way
Viera, FL 32940

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex J. Luchenitser, Associate Legal Director (Trial Counsel)
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7-7-15

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*