United States District Court
for the
Middle District of Florida
Orlando Division

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

Plaintiff,

v.                                                        Case No. 6:15-CV-1098-ORL-28 DAB

BREVARD COUNTY,

Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS has been electronically filed with the Clerk of Court by using the CM/ECF system, and served on all parties of record receiving electronic notifications.

Scott L. Knox, Florida Bar No. 211291
Attorney for Defendant Brevard County
Office of Brevard County Attorney
2725 Judge Fran Jamieson Way Suite C-308
Viera Florida 32940
321-633-2090; 321-633-2096 facsimile
scott.knox@brevardcounty.us