United States District Court
for the
Middle District of Florida
Orlando Division

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION and HUMANIST COMMUNITY OF THE SPACE COAST,

Plaintiff,

v.

BREVARD COUNTY,

Defendant.

Case No. 6:15-CV-1098-ORL-28 DAB

## BREVARD COUNTY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's Order (Doc. No. 5, dated July 8, 2015), Defendant, Brevard County ("Brevard County"), by and through its undersigned counsel, hereby discloses the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement (Doc. No. 5, filed July 8, 2015):

1) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent

      corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

      David Williamson, Plaintiff, Founder Central Florida Freethought Community
      Alex J. Luchenitser, Counsel for Plaintiff David Williamson
      Chase Hansel, Plaintiff, President, Space Coast Freethought Association
      Keith Becher, Plaintiff, President/Organizer of Plaintiff Humanist Community of the Space Coast
      Ronald Gordon, Plaintiff, Freedom From Religion Foundation
      Rebecca S. Markert, Counsel for Freedom From Religion Foundation, Inc.
      Andrew L. Seidel, Counsel for Freedom From Religion Foundation, Inc.
      Jeffery Koeberl, Plaintiff, Co-Organizer, Humanist Community of the Space Coast
      Central Florida Freethought Community
      Space Coast Freethought Association
      Humanist Community of the Space Coast
      Joshua G. Hoffer, Counsel, Americans United for Separation of Church and State
      Nancy G. Abudu, Counsel, American Civil Liberties Union of Florida
      Daniel Tilley, Counsel, American Civil Liberties Union of Florida
      Daniel Mach, Counsel, American Civil Liberties Union Program on Freedom of Religion and Belief
      Brevard County (Board of County Commissioners)
      Scott L. Knox, Counsel, Brevard County

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      None to the undersigned's knowledge

3.)    the name of every other entity which is likely to be an active particpant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

      None to the undersigned's knowledge

4.)    the name of each victim (individual and corporate), including every person who may be entitled to restitution:

      None to the undersigned's knowledge

5.) I certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13th, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and served on all parties of record receiving electronic notifications.

_____
Scott L. Knox, Florida Bar No. 211291
Attorney for Defendant Brevard County
Office of Brevard County Attorney
2725 Judge Fran Jamieson Way Suite C-308
Viera Florida 32940
321-633-2090
321-633-2096 facsimile
scott.knox@brevardcounty.us