UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFREY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION and HUMANIST
COMMUNITY OF THE SPACE
COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DAB

## WRITTEN DESIGNATION AND CONSENT TO ACT

Andrew L. Seidel, an attorney for the Freedom From Religion Foundation, moves under Local Rule 2.02 of the United States District Court for the Middle District of Florida for special admission to appear on behalf of Plaintiffs. He hereby states as follows:

1. Andrew L. Seidel is not a resident of the State of Florida.

2. Andrew L. Seidel is, and has been, a member of the bar of the State of Wisconsin, since May 23, 2012 (Bar No. 1089025).

3. Andrew L. Seidel is a member in good standing of U.S. District Court for the Western District of Wisconsin, U.S. District Court for the District of Colorado, Wisconsin state courts, and Colorado state courts (inactive).

4. Andrew L. Seidel does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5. Andrew L. Seidel designates Daniel B. Tilley, of the ACLU Foundation of Florida, as the resident attorney upon whose behalf he shall act in the above-captioned case. Accordingly, all notices and papers may be served on Daniel B. Tilley, who will remain responsible for the progress of the case, including trial in the event of my default.

6. Daniel B. Tilley, of the ACLU Foundation of Florida, consents to such designation.

7. Andrew L. Seidel has submitted to the Clerk the required Special Admission Attorney Certification and will pay the fee required for special admission.

WHEREFORE, Andrew L. Seidel respectfully requests entry of an order granting her request to appear pro hac vice as counsel for Plaintiffs in this case.

Dated: July 13, 2015

Andrew L. Seidel
*Pro hac vice* application pending
Freedom From Religion Foundation

PO Box 750
Madison, WI 53701
(608) 256-8900
aseidel@ffrf.org

## CERTIFICATE OF SERVICE

  I certify that on July 13, 2015, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

                **/s/ Daniel B. Tilley**
                **Daniel B. Tilley**
                Florida Bar No. 102882
                ACLU Foundation of Florida
                4500 Biscayne Blvd., Suite 340
                Miami, FL 33137
                (786) 363-2700
                dtilley@aclufl.org