UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFREY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION and HUMANIST
COMMUNITY OF THE SPACE
COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DAB

## WRITTEN DESIGNATION AND CONSENT TO ACT

Rebecca S. Markert, an attorney for the Freedom From Religion Foundation, moves under Local Rule 2.02 of the United States District Court for the Middle District of Florida for special admission to appear on behalf of Plaintiffs. She hereby states as follows:

1. Rebecca S. Markert is not a resident of the State of Florida.

2. Rebecca S. Markert is, and has been, a member of the bar of the State of Wisconsin, since 2008 (Bar No. 1063232).

3. Rebecca S. Markert is a member in good standing of the U.S. District Court for the Eastern District of Wisconsin, the U.S. District Court for the Western District of Wisconsin, and the U.S. District Court for the Eastern District of Michigan, and Wisconsin state courts.

4. Rebecca S. Markert does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5. Rebecca S. Markert designates Daniel B. Tilley, of the ACLU Foundation of Florida, as the resident attorney upon whose behalf she shall act in the above-captioned case. Accordingly, all notices and papers may be served on Daniel B. Tilley, who will remain responsible for the progress of the case, including trial in the event of my default.

6. Daniel B. Tilley, of the ACLU Foundation of Florida, consents to such designation.

7. Rebecca S. Markert has submitted to the Clerk the required Special Admission Attorney Certification and will pay the fee required for special admission.

WHEREFORE, Rebecca S. Markert respectfully requests entry of an order granting her request to appear pro hac vice as counsel for Plaintiffs in this case.

Dated: July 13, 2015

_____
Rebecca S. Markert

*Pro hac vice* application pending
Freedom From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 256-8900
rmarkert@ffrf.org

### CERTIFICATE OF SERVICE

I certify that on July 13, 2015, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

> **/s/ Daniel B. Tilley**
> **Daniel B. Tilley**
> Florida Bar No. 102882
> ACLU Foundation of Florida
> 4500 Biscayne Blvd., Suite 340
> Miami, FL 33137
> (786) 363-2700
> dtilley@aclufl.org