# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Orange District of Florida

Case Number: 6:15-CV-1098-ORL-28DAB

Plaintiff:
**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDAN, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION AND HUANIST COMMUNITY OF THE SPACE COAST**

vs.

Defendant:
**BREVARD COUNTY**

For:
Daniel Tilley
AMERICAN CIVILLIBERTIES UNION OF FLORIDA
4500 Biscayne Blvd
Ste 340
Miami, FL 33137

Received by Ceasar Troso P.S. # 414 on the 7th day of July, 2015 at 6:00 pm to be served on **COUNTY COMMISION CHAIRMAN ROBIN FISHER, 2725 JUDGE FRAN JAMIESON WAY, BLDG B ROOM 105, MELBOURNE, FL 32940**.

I, Ceasar Troso P.S. # 414, being duly sworn, depose and say that on the **9th day of July, 2015** at **9:00 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint, EXHIBITS 1-10,** with the date and hour of service endorsed thereon by me, to: **COUNTY COMMISION CHAIRMAN ROBIN FISHER** at the address of: **2725 JUDGE FRAN JAMIESON WAY, BLDG B ROOM 105, MELBOURNE, FL 32940**, and informed said person of the contents therein, in compliance with state statutes.

The foregoing affidavit and the facts stated in it are true and correct. I am, over the age of 18, have no interest in the above action, I'm a court appointed Certified Process Server, in good standing, for the 18th Judicial Circuit in Brevard County, Florida, in which the service was affected, and served in accordance with Florida Rules of Civil Procedure.

Subscribed and Sworn to before me on the 9th day of July, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

Ceasar Troso P.S. # 414
Process Server

Florida Coastline Process Server
1200 Arnold Dr.
Melbourne, FL 32935
(321) 960-1547

Our Job Serial Number: DBZ-2015000085



KELSEY RAMIREZ
Commission # FF 064815
Expires October 20, 2017
Bonded Thru Troy Fain Insurance 800-385-7019

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| David Williamson, Chase Hansel, Keith Becher, Ronald Gordon, Jeffery Koeberl, Central Florida Freethought Community, Space Coast Freethought Association, Humanist Community Of The Space Coast <br><br> *Plaintiff(s)* <br> v. <br> Brevard County <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:15-CV-1098-ORL-28DAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brevard County
c/o District 1 County Commissioner Robin Fisher (Chair)
Brevard County Board of County Commissioners
2725 Judge Fran Jamieson Way
Viera, FL 32940

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex J. Luchenitser, Associate Legal Director (Trial Counsel)
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7-7-15

*Signature of Clerk or Deputy Clerk*

## CERTIFICATE OF SERVICE

  I certify that on July 14, 2015, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

               **/s/ Daniel B. Tilley**
               **Daniel B. Tilley**
               Florida Bar No. 102882
               ACLU Foundation of Florida
               4500 Biscayne Blvd., Suite 340
               Miami, FL 33137
               (786) 363-2700
               dtilley@aclufl.org