UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFEREY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION, and HUMANIST
COMMUNITY OF THE SPACE
COAST,

      Plaintiffs,

v.

BREVARD COUNTY,

      Defendant.

Case No. 6:15-cv-01098-JA-DAB

## WRITTEN DESIGNATION AND CONSENT TO ACT OF ALEX J. LUCHENITSER

Alex J. Luchenitser, an attorney for Americans United for Separation of Church and State, moves under Local Rule 2.02 of the United States District Court for the Middle District of Florida for special admission to appear on behalf of Plaintiffs. He hereby states as follows:

1. Alex J. Luchenitser is not a resident of the State of Florida.

2. Alex J. Luchenitser is, and has been, a member in good standing of the bar of the District of Columbia since August 6, 2001 (Bar # 473393). He has also been admitted to practice before the following courts:

State Bar of California (June 22, 1995; now inactive).
U.S. Supreme Court (March 2, 2005).
U.S. Court of Appeals for the First Circuit (October 1, 2012).
U.S. Court of Appeals for the Second Circuit (June 14, 2010).
U.S. Court of Appeals for the Third Circuit (November 8, 2002).
U.S. Court of Appeals for the Sixth Circuit (May 2, 2008).
U.S. Court of Appeals for the Seventh Circuit (September 27, 2002).
U.S. Court of Appeals for the Eighth Circuit (November 21, 2006).
U.S. Court of Appeals for the Ninth Circuit (November 21, 1997).
U.S. Court of Appeals for the Eleventh Circuit (September 3, 2002).
U.S. Court of Appeals for the District of Columbia Circuit (November 3, 2004).
U.S. Court of Appeals for the Federal Circuit (November 13, 2006).
U.S. District Court for the Northern District of California (August 18, 1997).
U.S. District Court for the District of Columbia (August 7, 2006).
U.S. District Court for the Eastern District of Michigan (August 8, 2014).
U.S. District Court for the Eastern District of Wisconsin (April 13, 2009).

3. Alex J. Luchenitser does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

4. Alex J. Luchenitser designates Daniel B. Tilley, of the ACLU Foundation of Florida, as the resident attorney upon whose behalf he shall act in the above-captioned case. Accordingly, all notices and papers may be served on Daniel B. Tilley, who will remain responsible for the progress of the case, including trial in the event of my default.

5. Daniel B. Tilley, of the ACLU Foundation of Florida, consents to such designation.

6. Alex J. Luchenitser has submitted to the Clerk the required Special Admission Attorney Certification and will pay the fee required for special admission.

WHEREFORE, Alex J. Luchenitser respectfully requests entry of an order granting his request to appear pro hac vice as counsel for Plaintiffs in this case.

Dated: July 14, 2015

Alex J. Luchenitser (Trial Counsel)
*Pro hac vice* application pending
Americans United for Separation of
Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
202-466-3234 ext. 207
fax 202-466-3353
luchenitser@au.org

**CERTIFICATE OF SERVICE**

  I certify that on July 14, 2015, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

                **/s/ Daniel B. Tilley**
                **Daniel B. Tilley**
                Florida Bar No. 102882
                ACLU Foundation of Florida
                4500 Biscayne Blvd., Suite 340
                Miami, FL 33137
                (786) 363-2700
                dtilley@aclufl.org