UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFEREY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION, and HUMANIST
COMMUNITY OF THE SPACE
COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-01098-JA-DAB

### WRITTEN DESIGNATION AND CONSENT TO ACT OF JOSHUA G. HOFFER

    Joshua G. Hoffer, an attorney for Americans United for Separation of Church and State, moves under Local Rule 2.02 of the United States District Court for the Middle District of Florida for special admission to appear on behalf of Plaintiffs. He hereby states as follows:

1. Joshua G. Hoffer is not a resident of the State of Florida.

2. Joshua G. Hoffer is, and has been, a member in good standing of the bar of the Supreme Court of New York, Third Department since March, 2014 (Reg. No. 5238738).

3. Joshua G. Hoffer does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

4. Joshua G. Hoffer designates Daniel B. Tilley, of the ACLU Foundation of Florida, as the resident attorney upon whose behalf he shall act in the above-captioned case. Accordingly, all notices and papers may be served on Daniel B. Tilley, who will remain responsible for the progress of the case, including trial in the event of my default.

5. Daniel B. Tilley, of the ACLU Foundation of Florida, consents to such designation.

6. Joshua G. Hoffer has submitted to the Clerk the required Special Admission Attorney Certification and will pay the fee required for special admission.

WHEREFORE, Joshua G. Hoffer respectfully requests entry of an order granting his request to appear pro hac vice as counsel for Plaintiffs in this case.

Dated: July 14, 2015

Joshua G. Hoffer
*Pro hac vice* application pending
Americans United for Separation of
Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
202-466-3234 ext. 242
fax 202-466-3353
hoffer@au.org

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on July 14, 2015, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

<u>**/s/ Daniel B. Tilley**</u>
**Daniel B. Tilley**
Florida Bar No. 102882
ACLU Foundation of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
(786) 363-2700
dtilley@aclufl.org