UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFERY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION and HUMANIST
COMMUNITY OF THE SPACE
COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

No. 6:15-cv-1098-Orl-28DAB

## WRITTEN DESIGNATION AND CONSENT TO ACT

Daniel Mach, a member of the American Civil Liberties Union Foundation, moves under Local Rule 2.02 of the United States District Court for the Middle District of Florida for special admission to appear on behalf of Plaintiffs. He hereby states as follows:

1. Daniel Mach is not a resident of the State of Florida.
2. Daniel Mach is, and has been, a member of the bar of the State of New York since 1998 and the District of Columbia since 1999.
3. Daniel Mach is a member in good standing of the U.S. District Court for the District of Columbia, the U.S. District Court for the Northern District of New

York, the U.S. District Court for the Eastern District of Michigan, and the U.S. District Court of the Western District of Michigan.

4. Daniel Mach does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5. Daniel Mach designates Daniel B. Tilley, of the ACLU Foundation of Florida, as the resident attorney upon whose behalf she shall act in the above-captioned case. Accordingly, all notices and papers may be served on Daniel B. Tilley, who will remain responsible for the progress of the case, including trial in the event of my default.

6. Daniel B. Tilley, of the ACLU Foundation of Florida, consents to such designation.

7. Daniel Mach has submitted to the Clerk the required Special Admission Attorney Certification and will pay the fee required for special admission.

WHEREFORE, Daniel Mach respectfully requests entry of an order granting his request to appear pro hac vice as counsel for Plaintiffs in this case.

Dated: July 14, 2015

**Daniel Mach**
*Pro hac vice* application pending
ACLU Foundation
915 15th Street NW, Suite 600
Washington, DC 20005
(202) 548-6604
dmach@aclu.org

## CERTIFICATE OF SERVICE

I certify that on July 14, 2015, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

**/s/ Daniel B. Tilley**
**Daniel B. Tilley**
Florida Bar No. 102882
ACLU Foundation of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
(786) 363-2700
dtilley@aclufl.org