# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION and HUMANIST COMMUNITY OF THE SPACE COAST,**

    **Plaintiffs,**

**v.**              **Case No:   6:15-cv-1098-Orl-28DAB**

**BREVARD COUNTY,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** **MOTION TO APPEAR PRO HAC VICE (Doc. No. 9)**
>
> **FILED:**  July 13, 2015
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.
>
> ---
>
> **MOTION:** **MOTION TO APPEAR PRO HAC VICE (Doc. No. 10)**
>
> **FILED:**  July 13, 2015
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:** **MOTION TO APPEAR PRO HAC VICE (Doc. No. 12)**
>
> **FILED:** **July 14, 2015**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.
>
> _____
>
> **MOTION:** **MOTION TO APPEAR PRO HAC VICE (Doc. No. 13)**
>
> **FILED:** **July 14, 2015**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**. Under the local rule, special admission is available to non-residents who are members in good standing of the bar of any District Court of the United States. L.R. 2.02(a). Mr. Hoffer's motion does not indicate such membership.
>
> _____
>
> **MOTION:** **MOTION TO APPEAR PRO HAC VICE (Doc. No. 14)**
>
> **FILED:** **July 14, 2015**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

To the extent special admission is granted herein, all counsel shall register for and use the electronic filing system as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case.

**DONE** and **ORDERED** in Orlando, Florida on July 15, 2015.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties