UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFERY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION, and HUMANIST
COMMUNITY OF THE SPACE COAST,

Case No. 6:15-cv-01098-JA-DAB

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    <u>Plaintiffs</u>
    David Williamson
    Chase Hansel
    Keith Becher
    Ronald Gordon
    Jeffery Koeberl
    Central Florida Freethought Community
    Space Coast Freethought Association
    Humanist Community of the Space Coast

<u>Affiliates of plaintiff organizations</u>
American Humanist Association
Florida Humanist Association
Secular Policy Institute
Secular Coalition for America

<u>Plaintiffs' counsel</u>
Alex J. Luchenitser
Nancy G. Abudu
Daniel B. Tilley
Rebecca S. Markert
Andrew L. Seidel
Daniel Mach

<u>Organizations employing plaintiffs' counsel</u>
Americans United for Separation of Church and State
ACLU of Florida
Freedom From Religion Foundation, Inc.
ACLU Foundation, Program on Freedom of Religion and Belief

<u>Defendant</u>
Brevard County

<u>Members of the Brevard County Board of County Commissioners</u>
Robin Fisher
Jim Barfield
Trudie Infantini
Curt Smith
Andy Anderson

<u>Defendant's counsel</u>
Scott L. Knox

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the 20 largest unsecured creditors):

    None known.

4.) the name of each victim (individual and corporate), including every person who may be entitled to restitution:

    None known.

5.) Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).


Respectfully submitted,

By: /s/ Daniel B. Tilley        Date: July 20, 2015
      Daniel B. Tilley

Alex J. Luchenitser (Trial Counsel)
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707
Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

3

Rebecca S. Markert
Andrew L. Seidel
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900
Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrf.org

Daniel Mach
ACLU Foundation, Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604
Fax: 202-546-0738
dmach@aclu.org

### CERTIFICATE OF SERVICE

I certify that on July 20, 2015, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

**/s/ Daniel B. Tilley**
**Daniel B. Tilley**
Florida Bar No. 102882
ACLU Foundation of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
(786) 363-2700
dtilley@aclufl.org
