UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFERY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION, and HUMANIST
COMMUNITY OF THE SPACE COAST,

Case No. 6:15-cv-01098-JA-DAB

   Plaintiffs,

v.

BREVARD COUNTY,

   Defendant.

**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS**

  In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

  I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Respectfully submitted,

By: /s/ Daniel B. Tilley   Date: July 20, 2015
   Daniel B. Tilley

Alex J. Luchenitser (<u>Trial Counsel</u>)
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707
Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert
Andrew L. Seidel
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900
Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrf.org

Daniel Mach
ACLU Foundation, Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604
Fax: 202-546-0738
dmach@aclu.org

## CERTIFICATE OF SERVICE

   I certify that on July 20, 2015, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

                   **/s/ Daniel B. Tilley**
                   **Daniel B. Tilley**
                   Florida Bar No. 102882
                   ACLU Foundation of Florida
                   4500 Biscayne Blvd., Suite 340
                   Miami, FL 33137
                   (786) 363-2700
                   dtilley@aclufl.org