UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DAB

**PLAINTIFFS' UNOPPOSED MOTION TO PERMIT CASE MANAGEMENT REPORT MEETING TO OCCUR BY TELEPHONIC OR VIDEO CONFERENCE**

The plaintiffs hereby move for an order permitting the Case Management Report meeting required by Local Rule 3.05(c)(2)(B) to occur by telephonic or video conference. The defendant consents to this motion.

The Court's standard "Case Management Report" form provides that, with respect to the Case Management Report meeting, "Lead counsel must meet in person and not by telephone absent an order permitting otherwise." *See* http://www.flmd.uscourts.gov/Forms/JgAntoon/JACMR-05-10.pdf, second page.

1

Lead counsel for the plaintiffs is located in Washington, D.C., while lead counsel for the defendant is located in Brevard County, Florida.  Local Rule 3.01(i) provides, "The use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities."

Accordingly, to reduce the expenses associated with this litigation, the plaintiffs respectfully ask that this motion be granted.

Respectfully submitted,

By: /s/ Alex J. Luchenitser                              Date: July 30, 2015
        Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707
Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900
Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrf.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604
Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

**LOCAL RULE 3.01(G) CERTIFICATE OF COUNSEL**

I hereby certify that I conferred with opposing counsel about the foregoing motion and that opposing counsel consents to this motion.

By: /s/ Alex J. Luchenitser                    Date: July 30, 2015
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2015, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                          Date: July 30, 2015
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.