UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al,

    Plaintiff,

V                        Case No.: 06:15-CV-01098-ORL-28 DAB

BREVARD COUNTY,

    Defendant.
_____/

## NOTICE OF CORRECTED PLEADING TITLE

Brevard County, by and through its undersigned attorney, hereby files this Notice of Corrected Pleading Title pertaining to item 24 docketed on July 29, 2015, As "Answer and Affirmative Defenses to Complaint with Jury Demand and Counterclaim Against All Plaintiffs." The title to the original pleading, titled "**DEFENDANT BREVARD COUNTY'S ANSWER AND COUNTERCLAIM WITH DEMAND FOR JURY TRIAL** is hereby corrected and re-titled as **BREVARD COUNTY'S ANSWER AND AFFIRMATIVE DEFENSES WITH DEMAND FOR JURY TRIAL**. There is no Counterclaim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served on all parties using the CM/ECF system.

                                    *s/Scott L. Knox*
                                    Scott L. Knox, Trial Counsel
                                    Florida Bar No. 211291
                                    OFFICE OF THE COUNTY ATTORNEY
                                    2725 Judge Fran Jamieson Way

Viera, FL 32940  
Phone: 321.633.2090  
Facsimile: 321.633.2096  
Scott.knox@brevardcounty