UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DAB

**PLAINTIFFS' NOTICE OF MEDIATION DATE**

Per the Court's September 18, 2015 Case Management and Scheduling Order (Doc. No. 31), the plaintiffs inform the Court that the mediation in this case has been scheduled for Wednesday, April 6, 2016, at 9:00 a.m., at the Brevard County Government Center, 2725 Judge Fran Jamieson Way, Viera, FL 32940, before mediator Mike Krasny.

Respectfully submitted,

By: /s/ Alex J. Luchenitser              Date: September 25, 2015
      Alex J. Luchenitser (Trial Counsel)

1

Alex J. Luchenitser (<u>Trial Counsel</u>)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707
Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900
Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrf.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604
Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

### CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2015, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                              Date: September 25, 2015
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.