UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFEREY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION, and HUMANIST
COMMUNITY OF THE SPACE
COAST,                                                              Case No. 6:15-cv-01098-JA-DAB

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

---

### WRITTEN DESIGNATION AND CONSENT TO ACT OF BRADLEY GIRARD

Bradley Girard, an attorney for Americans United for Separation of Church and State, moves under Local Rule 2.02 of the United States District Court for the Middle District of Florida for special admission to appear on behalf of Plaintiffs. He hereby states as follows:

1. Bradley Girard is not a resident of the State of Florida.

2. Bradley Girard is, and has been, a member in good standing of the bar of New York since July 15, 2015 (Bar # 5366455). He has also been admitted to practice

before the U.S. District Court for the Eastern District of Michigan (October 1, 2015).

3. Bradley Girard does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

4. Bradley Girard designates Daniel B. Tilley, of the ACLU Foundation of Florida, as the resident attorney upon whose behalf he shall act in the above-captioned case. Accordingly, all notices and papers may be served on Daniel B. Tilley, who will remain responsible for the progress of the case, including trial in the event of my default.

5. Daniel B. Tilley, of the ACLU Foundation of Florida, consents to such designation.

6. Bradley Girard has submitted to the Clerk the required Special Admission Attorney Certification and will pay the fee required for special admission.

Bradley Girard respectfully requests entry of an order granting his request to appear pro hac vice as counsel for Plaintiffs in this case.

Dated: October 15, 2015

_____
Bradley Girard
*Pro hac vice* application pending
Americans United for Separation of Church and State
1901 L Street NW, Suite 400

Washington, DC 20036
202-466-3234 ext. 231
fax 202-466-3353
girard@au.org

## CERTIFICATE OF SERVICE

I certify that on October 20, 2015, I electronically filed this document with the Clerk of Court using CM/ECF, which automatically serves all counsel of record who have appeared.

/s/ **Daniel B. Tilley**
**Daniel B. Tilley**
Florida Bar No. 102882
ACLU Foundation of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
(786) 363-2700
dtilley@aclufl.org