UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:15-CV-1098-ORL-28DAB

DAVID WILLIAMSON, et al,

    Plaintiff,

v.

BREVARD COUNTY,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that CRISTINA T. BERRIOS and DIANA E. YUAN, enter their appearance as counsel for BREVARD COUNTY, and requests this Court and counsel for all interested parties to serve the undersigned with copies of all future papers filed herein, at the address below.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2016, a true and correct copy of the foregoing document was delivered by electronic mail to the following email addresses for counsels for the Plaintiffs: luchenitser@au.org; nabudu@aclufl.org; dtilley@aclufl.org; girard@au.org; hoffer@au.org; rmarkert@ffrf.org; aseidel@ffrf.org, and dmach@aclu.org.

OFFICE OF THE BREVARD COUNT ATTORNEY
2725 Judge Fran Jamieson Way, Building C – Suite 308
Viera, Florida 32940
Telephone: (321) 633-2090
Facsimile: (321) 633-2096

_____
Cristina T. Berrios, Assistant County Attorney
Florida Bar Number: 100691
Primary email: cristina.berrios@brevardcounty.us
Secondary email: brittany.ray@brevardcounty.us

_____
Diana E. Yuan, Assistant County Attorney
Florida Bar Number: 112304
Primary email: diana.yuan@brevardcounty.us
Secondary email: cathleen.cummings@brevardcounty.us