UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.
_____/

Case No. 6:15-cv-1098-Orl-28DAB

## BREVARD COUNTY'S NOTICE OF COMPLIANCE

Pursuant to Fed. R. Civ. P. 5(d)(3) and Local Rule 1.01(a), Diana E. Yuan, Assistant County Attorney, for Defendant, Brevard County, is in compliance with this Court's administrative procedures regarding, and is registered for, electronic filing.

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2016, I served the foregoing document by e-mailing it in accordance with an agreement by the parties to accept service by email, to the following

email addresses for counsels for the Plaintiffs: luchenitser@au.org; nabudu@aclufl.org; dtilley@aclufl.org; girard@au.org; hoffer@au.org; rmarkert@ffrf.org; aseidel@ffrf.org and dmach@aclu.org.

*[signature]*

Diana E. Yuan, Assistant County Attorney
Florida Bar No. 112304
Office Of Brevard County Attorney
2725 Judge Fran Jamieson Way
Viera, FL 32940
Phone: 321.633.2090
Facsimile: 321.633.2096
diana.yuan@brevardcounty.us
cathleen.cummings@brevardcounty.us