UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number 6:15-cv-1098-Orl-28-DAB

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFREY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs

Vs

BREVARD COUNTY

    Defendant

_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on the 6th day of April 2016 and the results of that conference are indicated below.

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority.
   __X____ All individual parties and their respective trial counsel

   __X____ Designated Governmental representatives

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear or participate as ordered
: None

c) The outcome of the mediation conference was:

   _____ The case has been completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

\_\_\_X\_\_\_\_\_  **The case has been partially resolved**. The partial settlement is contingent upon approval by the Board of County Commissioners within 60 days. Should the Board approve the partial settlement agreement, either party can file the agreement with the Court on the earlier of : a) seven days after the Court's decision on the parties' motions for summary judgment or (b) seven days before the pretrial conference.

The following issues remain for this Court to resolve:
All issues set forth in the First Amended Complaint, except issues relating to Paragraphs 339, 340 and 341 of the First Amended Complaint.

\_\_\_X\_\_\_\_\_  The parties have reached an impasse on all issues except those relating to Paragraphs 339, 340 and 341 of the First Amended Complaint.

Done this 12th day of April 2016 in Brevard County, Florida

_____
Signature of Mediator

Mike Krasny
_____
Name of Mediator
Cert. # 1759RA
801 Veronica Court
Indian Harbour Beach, Florida, 32937
Phone 321-543-2145
FAX    321-777-9855
mkrasny@cfl.rr.com

Alex J. Luchenitser, Esquire
Americans United For Separation of Church and State
1901 L Street NW Suite 400
Washington D.C. 20036
Phone 202-466-3234 Ext.207
Fax    202-466-3353
luchenitser@au.org

Scott L. Knox, Esquire
Brevard County Attorney
2725 Judge Fran Jamieson Way
Melbourne, Florida 32940
Phone 321-633-2090
FAX 321-633-2096
scott.knox@brevardcounty.us