UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al,

    Plaintiff,

V                                          Case No.: 06:15-CV-01098-ORL-28 DAB

BREVARD COUNTY,

    Defendant.
_____/

**BREVARD COUNTY'S UNOPPOSED MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY-FIVE (25) PAGES**

    Defendant, Brevard County, moves, pursuant to Local Rule 3.01(d), in behalf of both parties, for leave of court allowing both parties to file motions for summary judgment, and supporting memorandum totaling twenty-eight (28) pages in length, and in support says:

    1.    Local Rule 3.01(a) limits a motion for summary judgment, and supporting memorandum, to twenty-five (25) pages.

    2.    Pursuant to Local Rule 3.01(d), a party may not file a motion that exceeds twenty-five (25) pages without leave of Court.

    3.    Brevard County seeks leave for both parties to file a motion for summary judgment and accompanying memorandum that is twenty-eight (28) pages in length. The motion for summary judgment addresses the disputed issues of this case with legal arguments, citations to and excerpts from oral deposition transcripts, and relevant exhibits.

    4.    With the additional pages, the parties will be able to effectively address the numerous allegations and legal claims raised in this case.

    5.    In accordance with Local Rule 3.01(g), Brevard County has conferred with

1

Plaintiffs' attorneys in good faith, and Plaintiffs' attorneys do not oppose the relief requested in this motion.

6. Accordingly, Brevard County hereby requests leave for both parties to file its twenty-eight (28) total page motion for summary judgment, and supporting memorandum.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), Brevard County's attorney conferred in good faith with the Plaintiffs' attorneys, who do not object to the relief sought in this motion.

BREVARD COUNTY

*s/Scott L. Knox*
Scott L. Knox, Trial Counsel
Florida Bar No. 211291
OFFICE OF THE COUNTY ATTORNEY
2725 Judge Fran Jamieson Way
Viera, FL 32940
Phone: 321.633.2090
Facsimile: 321.633.2096
Scott.knox@brevardcounty

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 28th [27th] day of April, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served on all parties using the CM/ECF system.

*s/Scott L. Knox*
Scott L. Knox, Trial Counsel
Florida Bar No. 211291
OFFICE OF THE COUNTY ATTORNEY
2725 Judge Fran Jamieson Way
Viera, FL 32940
Phone: 321.633.2090
Facsimile: 321.633.2096
Scott.knox@brevardcounty

2