UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al,
    Plaintiff,

vs.                                  Case No.: 06:15-CV-1098-ORL-28DAB

BREVARD COUNTY,
    Defendant,
_____/

**DEFENDANT'S NOTICE OF FILING**
**AMENDED DEPOSITION OF CURT SMITH**

      COMES NOW, BREVARD COUNTY, by and through its undersigned attorney, and gives notice of filing the certified copy of the amended deposition transcript of Curt Smith taken February 17, 2016, with the Clerk. The original transcript was corrected as follows:

1. Page 12, line 17: "nontheistic" changed to "monotheistic."

2. Page 25, line 10: "nontheistic" changed to "monotheistic."

3. Page 25, line 17: "nontheistic" changed to "monotheistic."

4. Page 26, line 3: "A" changed to "Q."

5. Page 26, line 4: "A" inserted at the beginning of this line.

6. Page 27, line 5: "does allowing Christian invocations does mean" changed to "does allowing Christian invocations mean."

7. Page 39, line 16: "important" changed to "importance."

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which serves all counsel of record for the Plaintiffs.

*/s/ Diana E. Yuan*
DIANA E. YUAN
Assistant County Attorney
Florida Bar No. 112304
OFFICE OF THE COUNTY ATTORNEY
2725 Judge Fran Jamieson Way
Building C
Viera, FL 32940
321-633-2090
321-633-2096 facsimile
diana.yuan@brevardcounty.us
cathleen.cummings@brevardcounty.us