UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al,
    Plaintiff,

vs.                                            Case No.: 06:15-CV-1098-ORL-28DAB

BREVARD COUNTY,
    Defendant,
_____/

**DEFENDANT'S NOTICE OF FILING**
**AMENDED DEPOSITION OF MARY BOLIN LEWIS**

COMES NOW, BREVARD COUNTY, by and through its undersigned attorney, and gives notice of filing the certified copy of the amended deposition transcript of Mary Bolin Lewis taken February 18, 2016, with the Clerk. The original transcript was corrected as follows:

1. Page 8, line 20: "base" changed to "phase."

2. Page 34, line 12: "fridge" changed to "fringe."

Williamson v BC 6:15-cv-1098
Notice of Filing Deposition Mary Bolin Lewis
Page 2

### CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which serves all counsel of record for the Plaintiffs.

_____
DIANA E. YUAN
Assistant County Attorney
Florida Bar No. 112304
OFFICE OF THE COUNTY ATTORNEY
2725 Judge Fran Jamieson Way
Building C
Viera, FL 32940
321-633-2090
321-633-2096 facsimile
diana.yuan@brevardcounty.us
cathleen.cummings@brevardcounty.us