## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,**

      **Plaintiffs,**

**v.**

                                   **Case No. 6:15-cv-1098-Orl-28DAB**

**BREVARD COUNTY,**

      **Defendant.**

_____

### REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

The plaintiffs respectfully ask the Court to hear oral argument on Plaintiffs' Motion for Summary Judgment, filed today.  This case raises important constitutional issues and its resolution may impact many people beyond the parties.

The plaintiffs defer to the Court's discretion as to how much time should be allocated for the hearing.  In the plaintiffs' counsel's experience, district-court arguments on dispositive motions in church-state cases usually take thirty to sixty minutes per side, depending on the amount of questions posed by the presiding judge.

Respectfully submitted,

By: /s/ Alex J. Luchenitser                    Date: May 3, 2016
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard**
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707
Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900
Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrf.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604
Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.
** Appearing *pro hac vice*; admitted in New York only; supervised by Alex Luchenitser, a
member of the D.C. Bar.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2016, I electronically filed the foregoing document

with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record

for the defendant.

By: /s/ Alex J. Luchenitser            Date: May 3, 2016
        Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.

3