UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DAB

NOTICE OF PHYSICAL FILING IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Please take notice that the plaintiffs have made a physical filing in support of their summary-judgment motion. The filing is in the form of a USB flash drive containing video and audio recordings that are exhibits supporting the motion. These exhibits cannot be filed electronically. (The flash drive further contains a courtesy PDF document containing in one file all of the plaintiffs' other exhibits, which are also being filed electronically, but are broken up into multiple files on ECF due to the size-limit on ECF documents.) A copy of the flash drive has been served upon the defendant.

1

Respectfully submitted,

By: /s/ Alex J. Luchenitser                                   Date: May 3, 2016
       Alex J. Luchenitser (<u>Trial Counsel</u>)

Alex J. Luchenitser (<u>Trial Counsel</u>)*
Bradley Girard**
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707
Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900
Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrf.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604
Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.
** Appearing *pro hac vice*; admitted in New York only; supervised by Alex Luchenitser, a member of the D.C. Bar.

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2016, I electronically filed the foregoing document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                     Date: May 3, 2016
    Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.