UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al,
    Plaintiff,

vs.                               Case No.: 06:15-CV-1098-ORL-28DAB

BREVARD COUNTY,
    Defendant,
_____/

## NOTICE OF FILING SUPPLEMENTAL INADVERTENTLY OMITTED FOOTNOTE REFERENCES

Defendant, BREVARD COUNTY, by and through its undersigned counsel, hereby gives notice of the filing of Plaintiffs' Responses to Defendant, Brevard County's Second Request for Admissions paragraphs 44-54 and 57 with attachments to supplement footnotes 52 and 90 of its Motion for Summary Judgment with information inadvertently omitted in the original footnote as follows:

1. [52] Williamson Dep. Tr. at Ex. "DW-77" at Ex. B.; Pl Resp. to Defendant's Second Request for Admission ¶¶44-54;

Williamson v BC 6:15-cv-1098
Notice of Filing Supplemental Authority In Support of Defendant's Motion For Summary Judgment
Page 2

2. $^{90}$ Williamson Dep. Tr. at Ex. "DW-77" at Ex B; Pl. Resp. to Defendant's Second Request for Admission ¶57 with attachment

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which serves all counsel of record for the Plaintiffs.

*s/Scott L. Knox*
SCOTT L. KNOX
County Attorney
Florida Bar No. 211291
DIANA E. YUAN
Assistant County Attorney
Florida Bar No. 112304
OFFICE OF THE COUNTY ATTORNEY
2725 Judge Fran Jamieson Way
Building C
Viera, FL 32940
321-633-2090
321-633-2096 facsimile
diana.yuan@brevardcounty.us
cathleen.cummings@brevardcounty.us

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFERY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION, and HUMANIST
COMMUNITY OF THE SPACE
COAST,

    Plaintiffs,

v.                                  Case No. 6:15-cv-1098-Orl-28DAB

BREVARD COUNTY,

    Defendant.

---

PLAINTIFFS' RESPONSES TO DEFENDANT BREVARD COUNTY'S
SECOND REQUEST FOR ADMISSIONS

### General Objections

Plaintiffs object to any request for admission concerning documents prepared by individuals or organizations that are not parties to this case. Plaintiffs' responses below do not constitute waiver of that objection. When they admit the genuineness of a document below, Plaintiffs reserve their rights to object to the admissibility of the document on grounds other than genuineness.

### Responses

### COUNTY RECORDS

40. That the executed Resolution 2015-101 along with the exhibits attached to that resolution (hereafter collectively referred to as "the Resolution") electronically delivered to

December 30, 1971, are true and genuine copies of those respective first pages as reflected in the minutes of those meetings, copies of which minutes have been previously copied and delivered electronically to the Plaintiffs. (Attached as pages DRSA 000116 - DRSA 000161)

**RESPONSE:** Admitted.

43. That each page referred to in Requests #41 and #42 above identifies the name and affiliation or title of the person recorded as having given the pre-meeting invocation on the meeting date shown on each page.

**RESPONSE:** Admitted, except the minutes of the March 18, 1971 meeting state that it was opened with a moment of silence instead of an invocation.

## BREVARD COUNTY RELIGIOUS ADHERENT DATA

44. That paragraphs 8 and 9 of the Resolution mentioned in Request #40 refer to "The Association of Religious Data Archives (ARDA), County Membership Report, Brevard County."

**RESPONSE:** Admitted. However, Plaintiffs reserve all their rights to object to the admissibility of ARDA reports or data.

45. That "The Association of Religious Data Archives" (hereafter referred to as ARDA) maintains an internet website at www.theARDA.com.

**RESPONSE:** Admitted, except the website sets forth the name of the organization as "The Association of Religion Data Archives." Further, Plaintiffs reserve all their rights to object to the admissibility of ARDA reports or data.

46. That the contact address for ARDA, as set forth on the ARDA website at webpage http://www.thearda.com/about/ is the Department of Sociology The Pennsylvania State University, 211 Oswald Tower, University Park, PA 16802-6207.

    **RESPONSE:** Admitted. However, Plaintiffs reserve all their rights to object to the admissibility of ARDA reports or data.

47. That the ARDA staff is identified on the http://www.thearda.com/about/ ARDA webpage as follows:

**Our staff**
Roger Finke (The Pennsylvania State University), Director

Christopher Bader (Chapman University), Associate Director

**Research Team**
Gail Johnston Ulmer, Project Manager
Christopher Scheitle (West Virginia University), Senior Research Associate
Joseph Baker (East Tennessee State University), Senior Research Associate
Kevin Dougherty (Baylor University), Senior Research Associate

Benjamin Gurrentz (The Pennsylvania State University), Research Associate
Jose Luis Debora (The Pennsylvania State University), Research Associate
Dane Mataic (The Pennsylvania State University), Research Associate
Jane Lankes (The Pennsylvania State University), Research Associate
Rachel Bacon (The Pennsylvania State University), Research Associate

    **RESPONSE:** Admitted. However, Plaintiffs reserve all their rights to object to the admissibility of ARDA reports or data.

48. That the first and third pages of Composite Exhibit B attached to the Resolution referenced in Request #40 are screen shots of excerpts from the ARDA webpage entitled "County Membership Report, Brevard County, Florida, Religious Traditions 2010" found at http://www.thearda.com/rcms2010/r/c/12/rcms2010_12009_county_name_2010.asp as it appeared on June 24, 2015.

    **RESPONSE:** Admitted. However, Composite Exhibit B does not appear to be a complete copy of that webpage. Further, Plaintiffs reserve all their rights to object to the admissibility of this ARDA webpage or other ARDA reports or data.

49. That the second page of Composite Exhibit B attached to the Resolution referenced in Request #40 is a cropped enlargement of the information shown in the first screen shot (page 1 of Composite Exhibit B) referred to in Request # 48 which was taken from the ARDA webpage at:

    http://www.thearda.com/rcms2010/r/c/12/rcms2010_12009_county_name_2010.asp as it appeared on June 24, 2015.

    **RESPONSE:** Admitted. However, Composite Exhibit B does not appear to be a complete copy of that webpage. Further, Plaintiffs reserve all their rights to object to the admissibility of this ARDA webpage or other ARDA reports or data.

50. That the fourth page of Composite Exhibit B attached to the Resolution referenced in Request #40 is a cropped enlargement of the information shown in the second screen shot (page 3 of Composite Exhibit B) referred to in Request # 48 which was taken from the ARDA webpage at:

http://www.thearda.com/rcms2010/r/c/12/rcms2010_12009_county_name_2010.asp as it appeared on June 24, 2015.

**RESPONSE:** Admitted. However, Composite Exhibit B does not appear to be a complete copy of that webpage. Further, Plaintiffs reserve all their rights to object to the admissibility of this ARDA webpage or other ARDA reports or data.

51. That the terms "Congregational adherents" and "adherents", as used on the screen shot of the ARDA webpage referred to in Request # 48 above is defined on the first page of Composite Exhibit B to the Resolution as follows:

"Congregational adherents include all full members, their children, and others who regularly attend services."

**RESPONSE:** Admitted in part and denied in part. The quoted statement appears in the definition but sets forth only part of the definition. The definition set forth on the webpage, in full, is:

> Congregational adherents include all full members, their children, and others who regularly attend services. The 2010 reports contain incomplete counts of congregations and adherents belonging to the eight largest historically African-American denominations. These denominations are not included in the 2000 reports and are largely missing from the 1990 and 1980 reports. [More information on the data sources]

In turn, the "More information on the data sources" link is to *Sources for Religious Congregations and Membership Data: Maps and Reports: Data Sources*, Association of Religion Data Archives, http://www.thearda.com/RCMS2010/RCMS_Notes.asp (last visited Feb. 9, 2016), which explains that ARDA's "adherent" data reports only percentages of people affiliated with a religious congregation, not percentages of people

DM88793

professing religious belief. Further, Plaintiffs reserve all their rights to object to the admissibility of this ARDA webpage or other ARDA reports or data.

52. That the following statement appears on page three of Composite Exhibit B to the Resolution which is the ARDA webpage screen shot referred to in Request #48 above: "The population of Brevard County, Florida was 543,376 in 2010; in 2000 it was 476,230. The total population changed 14.1%. The adherent totals of the religious groups listed above (189,430) included 34.9% of the total population in 2010."

**RESPONSE:** Admitted. However, as explained above, ARDA's "adherent" data only reports percentages of people affiliated with a religious congregation—not percentages of people professing religious belief—and even the data reported undercounts the adherents of certain religious congregations. Further, Plaintiffs reserve all their rights to object to the admissibility of this statement or other ARDA reports or data.

53. That page 3 of Composite Exhibit B to the Resolution indicates that the source of the 2010 data used on the ARDA website was the 2010 U.S. Religion Census: Religious Congregations & Membership Study" [hereafter referred to as the "2010 U.S. Religion Census"], published by the Association of Statisticians of American Religious Bodies (ASARB) under the supervision of Clifford Grammich, Kirk Hadaway, Richard Houseal, Dale E. Jones, Alexei Krindatch, Richie Stanley and Richard H. Taylor.

**RESPONSE:** Admitted. However, Plaintiffs reserve all their rights to object to the admissibility of this webpage or other ARDA or ASARB reports or data.

7

54. That the "County Membership Report, Brevard County, Religious Traditions 2010" attached hereto as pages DRSA 000162— DRSA 000167 is true and genuine copy of the full "County Membership Report, Brevard County, Religious Traditions, 2010" printed on November 5, 2015 from the ARDA webpage located at:

http://www.thearda.com/rcms2010/r/c/12/rcms2010_12009_county_name_2010.asp .

**RESPONSE:** Admitted in part and denied in part. Pages DRSA 000162–63 appear to be a genuine copy of the webpage. Pages DRSA 000164–67 appear to contain matter extraneous to the report and then a repetition of the report. Further, Plaintiffs reserve all their rights to object to the admissibility of this webpage or other ARDA or ASARB reports or data.

55. That footnote 1 in the concurring opinion written by Justice Alito in *Town of Greece v. Galloway*, appearing in 134 S. Ct. at page 1828, cites to the 2010 U.S. Religion Census referred to in Request for Admission #53 above as follows: "1 See Assn. of Statisticians of Am. Religious Bodies, C. Grammich et al., 2010 U.S. Religion Census: Religious Congregations & Membership Study 400-401 (2012)."

**RESPONSE:** Plaintiffs object to this request on the grounds that it is outside the scope of requests that are authorized under Federal Rule of Civil Procedure 36(a). Without waiving this objection, Plaintiffs admit this request.

56. That footnote 1 of Justice Alito's concurring opinion in *Town of Greece v. Galloway*, supported the following statement appearing in the body of that concurring opinion:

8

"Although statistics for the town of Greece alone do not seem to be available, statistics have been compiled for Monroe County, which includes both the town of Greece and the city of Rochester. According to these statistics, of the county residents who have a religious affiliation, about 3% are Jewish, and for other non-Christian faiths, the percentages are smaller.1"

> **RESPONSE:** Plaintiffs object to this request on the grounds that it is outside the scope of requests that are authorized under Federal Rule of Civil Procedure 36(a). Without waiving this objection, Plaintiffs admit this request.

57. That pages 125-126 of the Association of Statisticians of American Religious Bodies, C. Grammich et al., 2010 U.S. Religion Census: Religious Congregations & Membership Study (2012), attached hereto as DSRA 000168- DRSA 000169, are true and genuine copies of two pages in that study which are included as part of "Table 3: Religious Congregations by County and Group 2010, Florida."

    **RESPONSE:** Admitted. However, Plaintiffs reserve all their rights to object to the admissibility of these pages or other ASARB studies or data.

58. That the two pages referenced in Request for Admission #57 above, set forth statistical data relating to religious groups; number of congregations; number of attendees; number of communicant, confirmed or full members; as well as adherent statistics including the number of adherents; percentage of total population; and percentage of total adherents in Brevard County, Florida.

    **RESPONSE:** Admitted in part and denied in part. Plaintiffs admit that the two pages contain columns with titles corresponding to the descriptions given in this request.

DM88793

Table 3: Religious Congregations by County and Group: 2010

| Religious Group | Number of Congregations | Number of Attendees | Number of Communicant, Confirmed, or Full Members | Adherents Number of Adherents | Adherents % of Total Pop. | Adherents % of Total Adh. |
|---|---|---|---|---|---|---|
| METH–Cong Meth | 1 | NR | 18 | 23 | 0.1 | 0.3 |
| METH–Un Methodist | 1 | 150 | 267 | 339 | 1.3 | 4.9 |
| Non-denom Chr Chs | 8 | 1,190 | 1,215 | 1,488 | 5.5 | 21.7 |
| PENT–Assemb of God | 2 | 150 | 83 | 152 | 0.6 | 2.2 |
| PENT–Ch God (Cleve) | 3 | 377 | 387 | 486 | 1.8 | 7.1 |
| PENT–Ch Lord Jesus Apos | 1 | NR | NR | NR | - | - |
| PENT–Ch of God by Faith | 1 | NR | NR | NR | - | - |
| PENT–COGIC | 1 | 15 | 25 | 31 | 0.1 | 0.5 |
| PENT–Cong Hol Ch | 2 | 145 | 132 | 166 | 0.6 | 2.4 |
| **BAY** | **205** | **24,230** | **44,995** | **69,639** | **41.2** | **100.0** |
| ANG/EPIS–Anglican NA | 1 | NR | NR | NR | - | - |
| ANG/EPIS–Episcopal | 5 | 449 | 1,084 | 1,232 | 0.7 | 1.8 |
| Bahá'í | 0 | NR | 38 | 38 | 0.0 | 0.1 |
| BAPT–Amer Bapt Assn | 1 | NR | 0 | 0 | 0.0 | 0.0 |
| BAPT–Free Will Bapt | 1 | NR | 89 | 107 | 0.1 | 0.2 |
| BAPT–Natl Mis Bapt Conv | 2 | 0 | 300 | 361 | 0.2 | 0.5 |
| BAPT–NBC Amer | 2 | 600 | 1,150 | 1,385 | 0.8 | 2.0 |
| BAPT–So Bapt Conv | 35 | 7,553 | 22,118 | 26,635 | 15.8 | 38.2 |
| BUDD–Mahayana | 1 | NR | NR | 102 | 0.1 | 0.1 |
| Calv Chpl | 1 | NR | NR | NR | - | - |
| Catholic | 7 | NR | NR | 7,744 | 4.6 | 11.1 |
| CGOD–Ch God (Ander) | 1 | 35 | NR | 35 | 0.0 | 0.1 |
| Ch Cr, Scientst | 1 | NR | NR | NR | - | - |
| Ch of Nazarene | 1 | 78 | 129 | 183 | 0.1 | 0.3 |
| Chr & Miss Al | 3 | 165 | 134 | 177 | 0.1 | 0.3 |
| CHR–Chr Chs & Chs Cr | 3 | NR | 180 | 217 | 0.1 | 0.3 |
| CHR–Chs of Christ | 8 | 981 | 1,025 | 1,215 | 0.7 | 1.7 |
| Jehovah's Witness | 6 | NR | NR | NR | - | - |
| JUD–Reform | 1 | 27 | 47 | 127 | 0.1 | 0.2 |
| LDS–Comm of Christ | 1 | NR | 136 | 136 | 0.1 | 0.2 |
| LDS–L-D Saints | 4 | NR | NR | 2,215 | 1.3 | 3.2 |
| LUTH–E.L.C.A. | 1 | 99 | 254 | 315 | 0.2 | 0.5 |
| LUTH–Luth–MO Synod | 4 | 382 | 727 | 837 | 0.5 | 1.2 |
| LUTH–Wisc Ev Luth Syn | 1 | 70 | 96 | 119 | 0.1 | 0.2 |
| METH–AME | 6 | 119 | 700 | 843 | 0.5 | 1.2 |
| METH–Un Methodist | 20 | 3,520 | 6,460 | 8,630 | 5.1 | 12.4 |
| Muslim Est | 1 | 406 | NR | 1,397 | 0.8 | 2.0 |
| New Apost Ch | 1 | NR | NR | NR | - | - |
| Non-denom Chr Chs | 37 | 5,255 | 6,031 | 6,958 | 4.1 | 10.0 |
| ORTHE–Greek Orthodox | 1 | 60 | NR | 70 | 0.0 | 0.1 |
| PENT–Assemb of God | 19 | 2,018 | 942 | 4,544 | 2.7 | 6.5 |
| PENT–Ch God (Cleve) | 4 | 113 | 131 | 158 | 0.1 | 0.2 |
| PENT–Ch of God Proph | 2 | NR | 45 | 54 | 0.0 | 0.1 |
| PENT–COGIC | 1 | 50 | 80 | 96 | 0.1 | 0.1 |
| PENT–Intl Pent Holiness | 3 | 513 | 648 | 780 | 0.5 | 1.1 |
| PENT–Pent Ch of God | 1 | 70 | NR | 109 | 0.1 | 0.2 |
| PENT–Un Pent Ch Intl | 2 | NR | NR | NR | - | - |
| PENT–Vineyard | 1 | 127 | 140 | 169 | 0.1 | 0.2 |
| PRES–Presb Ch (USA) | 5 | 601 | 866 | 1,043 | 0.6 | 1.5 |
| PRES–Presb Ch Amer | 3 | 445 | 616 | 678 | 0.4 | 1.0 |
| Salvation Army | 1 | 89 | 136 | 136 | 0.1 | 0.2 |
| Sev Day Adv | 4 | 370 | 644 | 741 | 0.4 | 1.1 |
| Unit Univ | 1 | 35 | 49 | 53 | 0.0 | 0.1 |
| Unity Ch | 1 | NR | NR | NR | - | - |
| **BRADFORD** | **55** | **3,695** | **10,256** | **13,176** | **46.2** | **100.0** |
| ANG/EPIS–Episcopal | 1 | 46 | 101 | 110 | 0.4 | 0.8 |
| Bahá'í | 0 | NR | 2 | 2 | 0.0 | 0.0 |
| BAPT–Ind Bapt Flwsp Intl | 1 | NR | NR | NR | - | - |
| BAPT–NBC USA | 2 | 0 | 0 | 0 | 0.0 | 0.0 |
| BAPT–So Bapt Conv | 16 | 1,792 | 6,635 | 7,867 | 27.6 | 59.7 |
| Catholic | 1 | NR | NR | 142 | 0.5 | 1.1 |
| Ch of Nazarene | 1 | 32 | 26 | 42 | 0.1 | 0.3 |
| CHR–Chr Chs & Chs Cr | 2 | NR | 130 | 154 | 0.5 | 1.2 |
| CHR–Chs of Christ | 4 | 149 | 133 | 167 | 0.6 | 1.3 |
| Jehovah's Witness | 1 | NR | NR | NR | - | - |
| LDS–L-D Saints | 1 | NR | NR | 565 | 2.0 | 4.3 |
| LUTH–Luth–MO Synod | 1 | 40 | 0 | 35 | 0.1 | 0.3 |
| METH–AME | 3 | 90 | 368 | 436 | 1.5 | 3.3 |
| METH–Cong Meth | 1 | NR | 0 | 0 | 0.0 | 0.0 |
| METH–Un Methodist | 4 | 587 | 1,373 | 1,960 | 6.9 | 14.9 |
| Non-denom Chr Chs | 5 | 470 | 615 | 663 | 2.3 | 5.0 |

| Religious Group | Number of Congregations | Number of Attendees | Number of Communicant, Confirmed, or Full Members | Adherents Number of Adherents | Adherents % of Total Pop. | Adherents % of Total Adh. |
|---|---|---|---|---|---|---|
| PENT–Ch God (Cleve) | 3 | 329 | 598 | 709 | 2.5 | 5.4 |
| PENT–Ch of God by Faith | 1 | NR | NR | NR | - | - |
| PENT–Ch of God Proph | 1 | NR | 30 | 36 | 0.1 | 0.3 |
| PENT–Cong Hol Ch | 2 | 36 | 33 | 39 | 0.1 | 0.3 |
| PENT–Un Pent Ch Intl | 1 | NR | NR | NR | - | - |
| PRES–Presb Ch (USA) | 2 | 100 | 169 | 200 | 0.7 | 1.5 |
| Sev Day Adv | 1 | 24 | 43 | 49 | 0.2 | 0.4 |
| **BREVARD** | **414** | **58,131** | **95,955** | **189,430** | **34.9** | **100.0** |
| ANG/EPIS–Anglican NA | 3 | NR | NR | NR | - | - |
| ANG/EPIS–Episcopal | 11 | 1,566 | 2,804 | 3,239 | 0.6 | 1.7 |
| Bahá'í | 3 | NR | 185 | 185 | 0.0 | 0.1 |
| BAPT–Amer Bapt Assn | 2 | NR | 20 | 23 | 0.0 | 0.0 |
| BAPT–Amer Bapt USA | 1 | 37 | 24 | 28 | 0.0 | 0.0 |
| BAPT–Converge/BGC | 2 | 150 | NR | 180 | 0.0 | 0.1 |
| BAPT–Free Will Bapt | 5 | NR | 445 | 522 | 0.1 | 0.3 |
| BAPT–Ind Bapt Flwsp Intl | 1 | NR | NR | NR | - | - |
| BAPT–Natl Mis Bapt Conv | 1 | 0 | 150 | 176 | 0.0 | 0.1 |
| BAPT–NBC Amer | 1 | 350 | 500 | 587 | 0.1 | 0.3 |
| BAPT–NBC USA | 5 | 1,050 | 1,576 | 1,849 | 0.3 | 1.0 |
| BAPT–Ref Bapt Ch | 2 | NR | NR | NR | - | - |
| BAPT–So Bapt Conv | 57 | 10,141 | 22,652 | 26,576 | 4.9 | 14.0 |
| BRETH–Grace Breth | 1 | NR | NR | NR | - | - |
| BUDD–Mahayana | 3 | NR | NR | 132 | 0.0 | 0.1 |
| BUDD–Theravada | 1 | NR | NR | 375 | 0.1 | 0.2 |
| Calv Chpl | 4 | NR | NR | NR | - | - |
| Catholic | 14 | NR | NR | 64,831 | 11.9 | 34.2 |
| CGOD–Ch God (Ander) | 2 | 55 | NR | 55 | 0.0 | 0.0 |
| Ch Cr, Scientst | 2 | NR | NR | NR | - | - |
| Ch of Nazarene | 9 | 737 | 1,264 | 1,445 | 0.3 | 0.8 |
| Chr & Miss Al | 3 | 127 | 88 | 149 | 0.0 | 0.1 |
| CHR–Chr Ch (Disc) | 2 | 269 | 451 | 529 | 0.1 | 0.3 |
| CHR–Chr Chs & Chs Cr | 9 | NR | 2,044 | 2,398 | 0.4 | 1.3 |
| CHR–Chs of Christ | 12 | 1,740 | 1,871 | 2,192 | 0.4 | 1.2 |
| CHR–Int Chs of Christ | 0 | NR | 112 | 131 | 0.0 | 0.1 |
| Evan Free Ch | 1 | 800 | NR | 800 | 0.1 | 0.4 |
| FRND–Fr Gen Cf | 1 | NR | 14 | 16 | 0.0 | 0.0 |
| Grace Gosp Fel | 1 | NR | NR | NR | - | - |
| HINDU–Post Ren | 3 | NR | NR | 200 | 0.0 | 0.1 |
| HINDU–Renaiss | 1 | NR | NR | 12 | 0.0 | 0.0 |
| HINDU–Trad Temples | 1 | NR | NR | 100 | 0.0 | 0.1 |
| Jehovah's Witness | 8 | NR | NR | NR | - | - |
| JUD–Orth | 1 | 0 | 50 | 0 | 0.0 | 0.0 |
| JUD–Reform | 1 | 109 | 192 | 518 | 0.1 | 0.3 |
| LDS–Comm of Christ | 1 | NR | 121 | 121 | 0.0 | 0.1 |
| LDS–L-D Saints | 7 | NR | NR | 5,136 | 0.9 | 2.7 |
| LUTH–E.L.C.A. | 10 | 1,339 | 2,637 | 3,027 | 0.6 | 1.6 |
| LUTH–Luth Cong Msn Chr | 2 | 270 | 547 | 642 | 0.1 | 0.3 |
| LUTH–Luth–MO Synod | 10 | 1,460 | 2,178 | 2,513 | 0.5 | 1.3 |
| LUTH–Wisc Ev Luth Syn | 2 | 175 | 264 | 304 | 0.1 | 0.2 |
| METH–AME | 7 | 660 | 1,743 | 2,045 | 0.4 | 1.1 |
| METH–AME Zion | 1 | 0 | 100 | 117 | 0.0 | 0.1 |
| METH–Free Methodist | 1 | 8 | 4 | 8 | 0.0 | 0.0 |
| METH–Un Methodist | 22 | 6,257 | 13,859 | 18,514 | 3.4 | 9.8 |
| METH–Wesleyan | 1 | 26 | 23 | 34 | 0.0 | 0.0 |
| Muslim Est | 3 | 1,218 | NR | 4,191 | 0.8 | 2.2 |
| Non-denom Chr Chs | 75 | 20,566 | 27,706 | 29,047 | 5.3 | 15.3 |
| ORTHE–Ant Orth of NA | 1 | 46 | NR | 65 | 0.0 | 0.0 |
| ORTHE–Greek Orthodox | 1 | 150 | NR | 1,000 | 0.2 | 0.5 |
| ORTHE–Orth Ch in Amer | 1 | 15 | NR | 30 | 0.0 | 0.0 |
| ORTHO–Coptic Orth Ch | 2 | 152 | NR | 172 | 0.0 | 0.1 |
| PENT–Assemb of God | 13 | 1,483 | 1,062 | 1,891 | 0.3 | 1.0 |
| PENT–Ch God (Cleve) | 17 | 1,546 | 2,287 | 2,683 | 0.5 | 1.4 |
| PENT–Ch God Mtn Asm | 1 | NR | NR | NR | - | - |
| PENT–Ch Lord Jesus Apos | 2 | NR | NR | NR | - | - |
| PENT–Ch of God by Faith | 2 | NR | NR | NR | - | - |
| PENT–Ch of God Proph | 2 | NR | 41 | 48 | 0.0 | 0.0 |
| PENT–COGIC | 6 | 230 | 575 | 675 | 0.1 | 0.4 |
| PENT–Full Gosp Bapt | 2 | NR | NR | NR | - | - |
| PENT–Intl Pent Holiness | 1 | 118 | 146 | 171 | 0.0 | 0.1 |
| PENT–Un Pent Ch Intl | 4 | NR | NR | NR | - | - |
| PENT–Vineyard | 2 | 65 | 105 | 123 | 0.0 | 0.1 |
| PRES–As Ref Pres Ch | 2 | NR | 323 | 379 | 0.1 | 0.2 |
| PRES–Bible Pres | 1 | NR | NR | NR | - | - |

NR–Not Reported     - Represents no adherents reported.     Percentages may not total 100 due to rounding.

# FLORIDA

## Table 3: Religious Congregations by County and Group: 2010

| Religious Group | Number of Congregations | Number of Attendees | Number of Communicant, Confirmed, or Full Members | Adherents Number of Adherents | Adherents % of Total Pop. | Adherents % of Total Adh. |
|---|---|---|---|---|---|---|
| PRES–Cov Ref Pres | 1 | NR | NR | NR | - | - |
| PRES–Presb Ch (USA) | 12 | 2,478 | 4,029 | 4,727 | 0.9 | 2.5 |
| PRES–Presb Ch Amer | 5 | 1,001 | 1,033 | 1,298 | 0.2 | 0.7 |
| REF–Christian Ref | 1 | 30 | 13 | 15 | 0.0 | 0.0 |
| Salvation Army | 2 | 115 | 224 | 328 | 0.1 | 0.2 |
| Sev Day Adv | 7 | 969 | 1,685 | 1,938 | 0.4 | 1.0 |
| Un C of Christ | 4 | 491 | 679 | 797 | 0.1 | 0.4 |
| Unit Univ | 3 | 132 | 129 | 143 | 0.0 | 0.1 |
| Unity Ch | 3 | NR | NR | NR | - | - |
| **BROWARD** | **1,040** | **174,697** | **247,936** | **641,572** | **36.7** | **100.0** |
| ANG/EPIS–Anglican NA | 3 | NR | NR | NR | - | - |
| ANG/EPIS–Episcopal | 17 | 2,684 | 5,803 | 6,803 | 0.4 | 1.1 |
| Ap Chr Ch-Amer | 1 | 35 | 18 | 35 | 0.0 | 0.0 |
| Bahá'í | 15 | NR | 1,297 | 1,297 | 0.1 | 0.2 |
| BAPT–Amer Bapt Assn | 3 | NR | 320 | 385 | 0.0 | 0.1 |
| BAPT–Amer Bapt USA | 2 | 3,400 | 10,818 | 13,028 | 0.7 | 2.0 |
| BAPT–Consrv Bapt | 1 | NR | NR | NR | - | - |
| BAPT–Converge/BGC | 6 | 775 | NR | 930 | 0.1 | 0.1 |
| BAPT–Free Will Bapt | 1 | NR | 89 | 107 | 0.0 | 0.0 |
| BAPT–Ind Bapt Flwsp Intl | 1 | NR | NR | NR | - | - |
| BAPT–Natl Mis Bapt Conv | 4 | 325 | 750 | 903 | 0.1 | 0.1 |
| BAPT–NBC Amer | 1 | 200 | 1,000 | 1,204 | 0.1 | 0.2 |
| BAPT–NBC USA | 16 | 3,568 | 7,860 | 9,466 | 0.5 | 1.5 |
| BAPT–NT Ind Bapt | 1 | NR | NR | NR | - | - |
| BAPT–Ref Bapt Ch | 2 | NR | NR | NR | - | - |
| BAPT–Reg Bapt Gen As | 2 | NR | NR | NR | - | - |
| BAPT–S-D Baptist Gen Con | 1 | 66 | 55 | 66 | 0.0 | 0.0 |
| BAPT–So Bapt Conv | 181 | 43,266 | 60,783 | 73,203 | 4.2 | 11.4 |
| BRETH–Breth in Chr | 6 | NR | NR | NR | - | - |
| BRETH–Grace Breth | 1 | NR | NR | NR | - | - |
| BUDD–Mahayana | 8 | NR | NR | 11,728 | 0.7 | 1.8 |
| BUDD–Vajrayana | 3 | NR | NR | 700 | 0.0 | 0.1 |
| Calv Chpl | 6 | NR | NR | NR | - | - |
| Catholic | 46 | NR | NR | 280,324 | 16.0 | 43.7 |
| CGOD–Ch God (Ander) | 10 | 1,629 | NR | 1,629 | 0.1 | 0.3 |
| Ch Cr, Scientst | 3 | NR | NR | NR | - | - |
| Ch of Nazarene | 12 | 1,012 | 1,643 | 1,930 | 0.1 | 0.3 |
| Chr & Miss Al | 18 | 1,431 | 910 | 1,697 | 0.1 | 0.3 |
| CHR–Chr Ch (Disc) | 9 | 409 | 1,531 | 1,844 | 0.1 | 0.3 |
| CHR–Chr Chs & Chs Cr | 9 | NR | 405 | 488 | 0.0 | 0.1 |
| CHR–Chs of Christ | 19 | 3,515 | 5,242 | 6,372 | 0.4 | 1.0 |
| CHR–Int Chs of Christ | 0 | NR | 252 | 303 | 0.0 | 0.0 |
| Christian Brethren | 1 | NR | NR | NR | - | - |
| Evan Cov Ch | 1 | 44 | 93 | 57 | 0.0 | 0.0 |
| Evan Free Ch | 3 | 200 | NR | 200 | 0.0 | 0.0 |
| FRND–Fr Gen Cf | 1 | NR | 7 | 8 | 0.0 | 0.0 |
| HINDU–Post Ren | 4 | NR | NR | 153 | 0.0 | 0.0 |
| HINDU–Renaiss | 2 | NR | NR | 24 | 0.0 | 0.0 |
| HINDU–Trad Temples | 3 | NR | NR | 600 | 0.0 | 0.1 |
| Ind Fund Churches | 2 | NR | NR | NR | - | - |
| Int Cou Comm Ch | 1 | NR | NR | NR | - | - |
| Jehovah's Witness | 20 | NR | NR | NR | - | - |
| JUD–Conserv | 8 | 2,151 | 2,414 | 6,518 | 0.4 | 1.0 |
| JUD–Orth | 30 | 3,960 | 2,500 | 5,500 | 0.3 | 0.9 |
| JUD–Reform | 8 | 2,050 | 3,615 | 9,760 | 0.6 | 1.5 |
| LDS–Comm of Christ | 1 | NR | 121 | 121 | 0.0 | 0.0 |
| LDS–L-D Saints | 13 | NR | NR | 8,206 | 0.5 | 1.3 |
| LUTH–E.L.C.A. | 16 | 1,440 | 2,754 | 3,485 | 0.2 | 0.5 |
| LUTH–Luth–MO Synod | 13 | 1,292 | 2,464 | 3,173 | 0.2 | 0.5 |
| LUTH–Wisc Ev Luth Syn | 1 | 53 | 77 | 102 | 0.0 | 0.0 |
| MENN–Mennonite USA | 1 | 0 | 18 | 22 | 0.0 | 0.0 |
| METH–AME | 10 | 1,450 | 3,425 | 4,125 | 0.2 | 0.6 |
| METH–AME Zion | 1 | 0 | 100 | 120 | 0.0 | 0.0 |
| METH–C.M.E. | 3 | 0 | 400 | 482 | 0.0 | 0.1 |
| METH–Free Methodist | 1 | 75 | 112 | 112 | 0.0 | 0.0 |
| METH–Un Methodist | 21 | 5,468 | 12,293 | 22,462 | 1.3 | 3.5 |
| METH–Wesleyan | 4 | 206 | 123 | 268 | 0.0 | 0.0 |
| Metro Comm Ch | 1 | 579 | 524 | 631 | 0.0 | 0.1 |
| Missionary Ch | 1 | 15 | 0 | 15 | 0.0 | 0.0 |
| MJEW–Union Mes Cong | 1 | NR | NR | NR | - | - |
| Muslim Est | 13 | 6,048 | NR | 18,176 | 1.0 | 2.8 |
| New Apost Ch | 1 | NR | NR | NR | - | - |
| Non-denom Chr Chs | 173 | 54,377 | 78,803 | 81,534 | 4.7 | 12.7 |

| Religious Group | Number of Congregations | Number of Attendees | Number of Communicant, Confirmed, or Full Members | Adherents Number of Adherents | Adherents % of Total Pop. | Adherents % of Total Adh. |
|---|---|---|---|---|---|---|
| OCATH–Pol Natl Cath | 1 | NR | NR | NR | - | - |
| ORTHE–Ant Orth of NA | 1 | 250 | NR | 650 | 0.0 | 0.1 |
| ORTHE–Carp Rus Orth | 1 | 20 | NR | 50 | 0.0 | 0.0 |
| ORTHE–Greek Orthodox | 2 | 500 | NR | 2,385 | 0.1 | 0.4 |
| ORTHE–Macedonian Orth | 1 | 85 | NR | 660 | 0.0 | 0.1 |
| ORTHE–Orth Ch in Amer | 3 | 295 | NR | 1,100 | 0.1 | 0.2 |
| ORTHE–Rus Orth Abroad | 1 | 25 | NR | 25 | 0.0 | 0.0 |
| ORTHE–Ukrainian Orth | 1 | 40 | NR | 80 | 0.0 | 0.0 |
| ORTHO–Armen Ap Cilic | 1 | 80 | NR | 80 | 0.0 | 0.0 |
| ORTHO–Coptic Orth Ch | 1 | 300 | NR | 330 | 0.0 | 0.1 |
| ORTHO–Malan Dioc Am | 3 | 60 | NR | 180 | 0.0 | 0.0 |
| ORTHO–Malan Syr Orth | 1 | 55 | NR | 108 | 0.0 | 0.0 |
| PENT–Assemb of God | 54 | 8,730 | 4,893 | 13,900 | 0.8 | 2.2 |
| PENT–Ch God (Cleve) | 58 | 6,052 | 8,595 | 10,351 | 0.6 | 1.6 |
| PENT–Ch God Mtn Asm | 1 | NR | NR | NR | - | - |
| PENT–Ch Lord Jesus Apos | 3 | NR | NR | NR | - | - |
| PENT–Ch of God by Faith | 3 | NR | NR | NR | - | - |
| PENT–Ch of God Proph | 13 | NR | 775 | 933 | 0.1 | 0.1 |
| PENT–COGIC | 7 | 450 | 1,300 | 1,566 | 0.1 | 0.2 |
| PENT–Fire Bapt Hol Ch | 3 | NR | NR | NR | - | - |
| PENT–Int Foursq Gos | 2 | 0 | 0 | 0 | 0.0 | 0.0 |
| PENT–Int Pent C Chr | 1 | 0 | NR | 40 | 0.0 | 0.0 |
| PENT–Intl Pent Holiness | 8 | 1,739 | 1,630 | 1,963 | 0.1 | 0.3 |
| PENT–Open Bible Std | 3 | 958 | NR | 958 | 0.1 | 0.1 |
| PENT–Un Pent Ch Intl | 9 | NR | NR | NR | - | - |
| PRES–As Ref Pres Ch | 1 | NR | 280 | 337 | 0.0 | 0.1 |
| PRES–Evan Presby Ch | 1 | NR | 385 | 464 | 0.0 | 0.1 |
| PRES–Orth Pres Ch | 1 | 60 | 41 | 43 | 0.0 | 0.0 |
| PRES–Presb Ch (USA) | 12 | 1,938 | 3,697 | 4,452 | 0.3 | 0.7 |
| PRES–Presb Ch Amer | 9 | 2,691 | 3,174 | 3,830 | 0.2 | 0.6 |
| REF–Christian Ref | 1 | 160 | 136 | 164 | 0.0 | 0.0 |
| REF–Ref Ch in Am | 3 | 276 | 249 | 359 | 0.0 | 0.1 |
| Salvation Army | 1 | 171 | 376 | 376 | 0.0 | 0.1 |
| Sev Day Adv | 48 | 7,636 | 13,278 | 15,271 | 0.9 | 2.4 |
| Sikh | 2 | NR | NR | NR | - | - |
| Tao | 1 | NR | NR | NR | - | - |
| Un C of Christ | 4 | 262 | 282 | 340 | 0.0 | 0.1 |
| Unit Univ | 3 | 141 | 226 | 258 | 0.0 | 0.0 |
| Unity Ch | 4 | NR | NR | NR | - | - |
| Zoroastrian | 0 | NR | NR | 23 | 0.0 | 0.0 |
| **CALHOUN** | **37** | **2,268** | **3,675** | **5,966** | **40.8** | **100.0** |
| BAPT–Amer Bapt Assn | 1 | NR | 85 | 102 | 0.7 | 1.7 |
| BAPT–Free Will Bapt | 2 | NR | 178 | 214 | 1.5 | 3.6 |
| BAPT–So Bapt Conv | 7 | 456 | 1,511 | 1,815 | 12.4 | 30.4 |
| Catholic | 1 | NR | NR | 53 | 0.4 | 0.9 |
| Ch of Nazarene | 1 | 16 | 30 | 39 | 0.3 | 0.7 |
| Jehovah's Witness | 1 | NR | NR | NR | - | - |
| METH–AME | 1 | 75 | 126 | 151 | 1.0 | 2.5 |
| METH–Un Methodist | 3 | 129 | 402 | 416 | 2.8 | 7.0 |
| Muslim Est | 1 | 406 | NR | 1,397 | 9.6 | 23.4 |
| Non-denom Chr Chs | 3 | 595 | 555 | 745 | 5.1 | 12.5 |
| PENT–Assemb of God | 5 | 189 | 104 | 213 | 1.5 | 3.6 |
| PENT–Ch God (Cleve) | 3 | 166 | 203 | 244 | 1.7 | 4.1 |
| PENT–COGIC | 2 | 15 | 175 | 210 | 1.4 | 3.5 |
| PENT–Intl Pent Holiness | 4 | 211 | 294 | 353 | 2.4 | 5.9 |
| PENT–Un Pent Ch Intl | 1 | NR | NR | NR | - | - |
| PRES–Presb Ch (USA) | 1 | 10 | 12 | 14 | 0.1 | 0.2 |
| **CHARLOTTE** | **111** | **15,393** | **19,197** | **64,078** | **40.1** | **100.0** |
| ANG/EPIS–Episcopal | 2 | 383 | 998 | 1,050 | 0.7 | 1.6 |
| Bahá'í | 0 | NR | 15 | 15 | 0.0 | 0.0 |
| BAPT–Converge/BGC | 1 | 75 | NR | 90 | 0.1 | 0.1 |
| BAPT–Reg Bapt Gen As | 1 | NR | NR | NR | - | - |
| BAPT–So Bapt Conv | 15 | 2,523 | 3,570 | 3,991 | 2.5 | 6.2 |
| Catholic | 5 | NR | NR | 35,400 | 22.1 | 55.2 |
| CGOD–Ch God (Ander) | 1 | 0 | NR | 0 | 0.0 | 0.0 |
| Ch Cr, Scientst | 1 | NR | NR | NR | - | - |
| Ch of Nazarene | 2 | 105 | 140 | 428 | 0.3 | 0.7 |
| Chr & Miss Al | 4 | 1,067 | 449 | 1,607 | 1.0 | 2.5 |
| CHR–Chr Chs & Chs Cr | 3 | NR | 850 | 950 | 0.6 | 1.5 |
| CHR–Chs of Christ | 4 | 234 | 179 | 246 | 0.2 | 0.4 |
| Jehovah's Witness | 3 | NR | NR | NR | - | - |

NR–Not Reported    - Represents no adherents reported.    Percentages may not total 100 due to rounding.