UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DAB

**PLAINTIFFS' UNOPPOSED MOTION TO PERMIT PRETRIAL-STATEMENT PREPARATION MEETING TO OCCUR BY TELEPHONIC OR VIDEO CONFERENCE**

The plaintiffs hereby move for an order permitting the pretrial-statement preparation meeting required by Local Rule 3.06(b) to occur by telephonic or video conference. The defendant consents to this motion.

The Court's Case Management and Scheduling Order specifies that the pretrial-statement preparation meeting is to occur in person by August 9, 2016. *See* Doc. No. 31, filed Sept. 18, 2015, at 7. Lead counsel for the plaintiffs is located in Washington, D.C., while lead counsel for the defendant is located in Brevard County, Florida. Local Rule

1

3.01(i) provides, "The use of telephonic hearings and conferences is encouraged, whenever possible, particularly when counsel are located in different cities." The parties have the technical capacity to exchange all proposed trial exhibits electronically. And the parties have already made substantial progress toward trial preparation by briefing cross-motions for summary-judgment, which the Court recently took under advisement. *See* Doc. Nos. 54-63.

Accordingly, to reduce the expenses associated with this litigation, the plaintiffs respectfully ask that the Court permit the pretrial-statement preparation meeting to occur by telephonic or video conference.

Respectfully submitted,

By: /s/ Alex J. Luchenitser                                    Date: July 12, 2016
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard**
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.
**Appearing *pro hac vice*; admitted in New York only; supervised by Alex Luchenitser, a member of the D.C. Bar.

**CERTIFICATE OF SERVICE**

I certify that on July 12, 2016, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                Date: July 12, 2016
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.