IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al., ,

    Plaintiffs,                                CASE NO. 6:15-CV-1098-ORL-28 DAB

vs.

BREVARD COUNTY,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION REQUESTING
STATUS CONFERENCE HEARING BE RESCHEDULED**

    Defendant, BREVARD COUNTY, by and through its undersigned attorney, hereby moves this Court to reschedule the telephone conference set for Tuesday, August 23, 2016, at 10:00 a.m., and states as follows:

    1.    Parties received notice today that Judge Antoon has requested a status conference call for Tuesday, August 23, 2016, beginning at 10:00 a.m.

    2.    On that date and time, Scott L. Knox, Esquire, lead counsel for Defendant, BREVARD COUNTY, will be attending the Board of County Commissioners regular meeting previously scheduled for Tuesday, August 23, 2016, beginning at 9:00 a.m.

    3.    An agenda item involving the passage of an ordinance requiring a referendum to be placed on the upcoming ballot to fund Brevard County's major restoration of the Indian River Lagoon will be heard at the subject board meeting requiring undersigned counsel's presence as counsel for the Brevard County Board of County Commissioners and its departments.  It is anticipated, but not yet confirmed, that the Indian River Lagoon

1

referendum agenda item will be scheduled time certain at 10:00 a.m. on Tuesday, August 23, 2016, thus creating a conflict for undersigned counsel.

4. Undersigned counsel requests that the status conference call be rescheduled, allowing for his uninterrupted attendance at the August 23, 2016, board meeting of the Brevard County Board of County Commissioners.

5. Defendant, BREVARD COUNTY, does not seek this request to unduly delay matters in this case and no party will be prejudiced by the rescheduling of the status conference call.

### COMPLIANCE WITH 3.01(g)

In compliance with Rule 3.01(g), undersigned counsel has conferred with Plaintiffs' counsel, Alex Luchenitser, Esquire, about the rescheduling requested in this motion and he has no objection to the relief requested.

WHEREFORE, Defendant, BREVARD COUNTY, respectfully requests that this Court reschedule the status conference call to another date and time.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served on all parties using the CM/ECF system.

        *s/Scott L. Knox*
        Scott L. Knox, Trial Counsel
        Florida Bar No. 211291
        OFFICE OF THE COUNTY ATTORNEY
        2725 Judge Fran Jamieson Way
        Viera, FL 32940
        Phone: 321.633.2090
        Facsimile: 321.633.2096
        scott.knox@brevardcounty