UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,
        Plaintiffs,

v.                          Case No: 6:15-cv-1098-Orl-28DAB

BREVARD COUNTY,
        Defendant.

## ORDER

This case is before the Court on Defendant's Uncontested Motion Requesting Status Conference Hearing Be Rescheduled (Doc. 67). Upon consideration, it is **ORDERED** as follows:

1. The motion (Doc. 67) is **GRANTED**.

2. The telephonic status conference previously scheduled for Tuesday, August 23, 2016, at 10:00 a.m. is **RESCHEDULED** for **Wednesday, August 24, 2016, at 10:00 a.m.** No later than **12 noon on August 23, 2016,** counsel shall provide the Courtroom Deputy Clerk, Anita Justin, with the telephone number at which they can be reached for the status conference. Counsel may contact Ms. Justin by calling 407-835-4204.

**DONE** and **ORDERED** in Orlando, Florida, on August 16, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record