# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION and HUMANIST COMMUNITY OF THE SPACE COAST,**

        **Plaintiffs,**

v.                                           Case No: 6:15-cv-1098-Orl-28DAB

**BREVARD COUNTY,**

        **Defendant.**

---

| | | |
|---|---|---|
| **JUDGE:** John Antoon II | | **COUNSEL FOR PLAINTIFFS:** Alex J. Luchenitser, Andrew L. Seidel, Bradley Girard, Nancy Gbana Abudu and Rebecca Susan Markert |
| **DEPUTY CLERK:** Anita Justin | | |
| **COURT REPORTER:** Sandy Tremel  sandy.tremel@gmail.com | | **COUNSEL FOR DEFENDANT:** Cristina Teresa Berrios, Scott L. Knox, and Diana E. Yuan |
| **SCHEDULED DATE/TIME:** August 24, 2016 at 10:00 AM | | |

---

## MINUTES
### Telephone Status Conference

10:03 AM     Parties advise court that the damages issue has been settled should the court determine liability. The case will be resolved by the court's ruling on the cross motions for summary judgment (Doc. No. 54 and 55). The court will grant the parties request for oral argument (Doc. No. 56) and set a hearing for September 1, 2016 at 10:00 a.m. in Courtroom 6B (notice to follow). Court relieves counsel from all other deadlines contained in the case management and scheduling order (Doc. No. 31) and the case is removed from the October, 2016 trial term.

10:14 AM     Court adjourned.

TOTAL TIME:     11 minutes