UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,**

    Plaintiffs,

v.

**BREVARD COUNTY,**

    Defendant.

Case No. 6:15-cv-1098-Orl-28DAB

**PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE SUMMARY-JUDGMENT HEARING**

The plaintiffs respectfully move for an order rescheduling the summary-judgment hearing that has been set for September 1, 2016. The defendant consents to this motion.

The attorneys for both sides are available to attend a summary-judgment hearing on any date between September 22 and October 31 except for the following dates: September 27, October 4, October 6, October 7, October 11, October 18, and October 25.

Plaintiffs' attorney Bradley Girard will be unable to attend the hearing on September 1 because he is leaving the country that day for a two-week, prepaid, long-planned family vacation. Mr. Girard is the principal junior attorney working on this case; he is intimately

1

familiar with the record and the relevant law; and his presence at the hearing would be very valuable to plaintiffs' lead counsel Alex Luchenitser and the Court.  After the September 1 date was set, Mr. Girard diligently investigated whether it would be feasible to alter his travel plans to enable him to attend the hearing, and he found that doing so would be infeasible due to the prepaid, prearranged nature of his itinerary.  Plaintiffs' lead counsel Luchenitser apologizes to the Court for not realizing during this morning's status conference that the September 1 hearing date would prevent Mr. Girard from attending the hearing.

In addition, rescheduling the hearing would provide the parties additional time to complete a detailed stipulation of facts that they have been working on, without detracting from their preparation for oral argument.

For the foregoing reasons, the plaintiffs respectfully ask that the Court reschedule the September 1 summary-judgment hearing to any date between September 22 and October 31, except for September 27 and October 4, 6, 7, 11, 18, and 25.

Respectfully submitted,

By: /s/ Alex J. Luchenitser                          Date: August 24, 2016
         Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2016, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                    Date: August 24, 2016
        Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.