UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION, and
HUMANIST COMMUNITY OF THE
SPACE COAST,

        Plaintiffs,

v.                                                    Case No:  6:15-cv-1098-Orl-28DAB

BREVARD COUNTY,

        Defendant.

_____

ORDER

    This case is before the Court on Plaintiffs' Unopposed Motion to Reschedule Summary Judgment Hearing (Doc. 71).  Upon consideration, it is **ORDERED** that the motion is **GRANTED**.  The oral argument scheduled for September 1, 2016, is **CANCELLED**.  The hearing will be reset by separate notice.

    **DONE** and **ORDERED** in Orlando, Florida, on August 25, 2016.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record