UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　Case No. 6:15-cv-1098-Orl-28DAB

BREVARD COUNTY,

    Defendant.

### JOINT MOTION BY ALL PARTIES FOR LEAVE TO FILE OUT OF TIME STIPULATION OF FACTS REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs and Defendant jointly move for leave to file the attached stipulation of facts regarding the parties' pending cross-motions for summary judgment. The Court's Case Management and Scheduling Order provides that a stipulation of facts concerning a summary-judgment motion may be filed by the due date for a summary-judgment opposition brief. Doc. No. 31, p. 6, § II(H)(1). The parties were unable to reach agreement on a stipulation of facts by this deadline. But the parties have now completed the attached detailed, 301-paragraph-long stipulation. As this stipulation is being submitted nine days in advance of the October 5, 2016 hearing on the pending motions, the parties hope that it

1

would still be of benefit to the Court.  The parties therefore respectfully ask the Court to

grant leave to file the stipulation.

Respectfully submitted,

By:   /s/ Alex J. Luchenitser                              Date: September 26, 2016
          Alex J. Luchenitser (Trial Counsel for Plaintiffs)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

By: _____  Date: September 26th, 2016
     Scott L. Knox (Trial Counsel for Defendant)

Scott L. Knox, Trial Counsel
Florida Bar No. 211291
OFFICE OF THE COUNTY ATTORNEY
2725 Judge Fran Jamieson Way
Viera, FL 32940
Phone: 321.633.2090
Facsimile: 321.633.2096
Scott.knox@brevardcouny.us

4

**CERTIFICATE OF SERVICE**

   I certify that on September 26, 2016, I electronically filed this document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the defendant.

By:  /s/ Alex J. Luchenitser           Date: September 26, 2016
    Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.