**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

      Plaintiffs,

v.                                             Case No: 6:15-cv-1098-Orl-28DAB

BREVARD COUNTY,

      Defendant.

## ORDER

It is **ORDERED** that the Joint Motion By All Parties for Leave to File Out of Time Stipulation of Facts Regarding Cross-Motions for Summary Judgment (Doc. 76) is **GRANTED**. As soon as practicable, the parties shall re-file the Stipulation of Facts attached to their motion as a separate docket entry in the electronic record.

**DONE** and **ORDERED** in Orlando, Florida, on September 26, 2016.

                              JOHN ANTOON II
                              United States District Judge

Copies furnished to:
Counsel of Record