UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DCI

**PLAINTIFFS' MOTION TO CONDUCT
OCTOBER 5 SUMMARY-JUDGMENT HEARING BY TELEPHONE**

In light of the change in the forecast track for Hurricane Matthew and the statewide state of emergency declared by Governor Scott, Plaintiffs' counsel are deeply concerned about traveling to Orlando at this time and the risks associated with being in the area should they not be able to depart it as scheduled. Plaintiffs therefore respectfully seek the following relief:

    1. That the October 5, 2016 summary-judgment hearing be conducted entirely by telephone, with all counsel appearing by telephone.

1

2. If option 1 above is unacceptable to the Court, that Plaintiffs' counsel be permitted to appear by telephone while the County's counsel appears in person. Plaintiffs suggest that option 1 may be preferable to option 2 to ensure that counsel appearing by telephone and counsel appearing in person do not have trouble hearing each other via a speakerphone.

3. If options 1 and 2 are unacceptable to the Court, that the hearing be rescheduled. If the Court decides to reschedule the hearing, Plaintiffs respectfully ask that the Court, before selecting a new date, give the parties an opportunity to confer and promptly present mutually acceptable proposed new dates to the Court.

Plaintiffs have contacted the Defendant's counsel to seek their position on this motion and have not heard back yet. Plaintiffs will advise the Court as soon as they know Defendant's position. In the past, Defendant's counsel has been very courteous and cooperative on procedural matters.

For the foregoing reasons, Plaintiffs would deeply appreciate it if the Court would grant this motion.

Respectfully submitted,

By: /s/ Alex J. Luchenitser                              Date: October 4, 2016
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

## CERTIFICATE OF SERVICE

I certify that on October 4, 2016, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser            Date: October 4, 2016
    Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1901 L Street NW, Suite 400
Washington, DC 20036
Tel.: 202-466-3234 x207
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.