# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

      Plaintiffs,

v.                                                                                  Case No: 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

      Defendant.

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR PLAINTIFFS:** | Alex J. Luchenitser, Bradley Girard |
| **DEPUTY CLERK:** | Anita Justin | | |
| **COURT REPORTER:** | Suzanne Trimble trimblecourtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** | Diana E. Yuan |
| **SCHEDULED DATE/TIME:** | October 4, 2016 9:07 AM – 9:09 AM | | |
| **TOTAL TIME:** | 2 MINUTES | | |

## PLAINTIFF'S EMERGENCY MOTION TO APPEAR TELEPHONICALLY AT THE 10/5/16 SUMMARY JUDGMENT HEARING (DOC. NO. 80)

9:07 AM      Counsel appear by telephone.  Court **DENIES** motion as stated in open court.

9:09 AM      Court adjourned.