# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

        Plaintiffs,

v.                                  Case No:  6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

        Defendant.

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR PLAINTIFFS:** | Alex J. Luchenitser, Bradley Girard |
| **DEPUTY CLERK:** | Anita Justin | | |
| **COURT REPORTER:** | Suzanne Trimble | **COUNSEL FOR DEFENDANT:** | Cristina Teresa Berrios, Scott L. Knox , and Diana E. Yuan |
| Trimblecourtreporter@gmail.com | | | |
| **SCHEDULED DATE/TIME:** | October 5, 2016 10:00 AM | Total Time: | 2 hours 13 minutes |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. NO. 54) AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DOC. NO. 55)

| | |
|---|---|
| 10:00 AM | Parties present oral argument in support/opposition to the motions. |
| | Within 10 days from the date of the hearing the parties are directed to file an edited stipulation to include correct citations in Word format. |
| | Plaintiffs requests that if the Plaintiffs prevail on liability that the Court withhold entry of judgment to give the parties an opportunity to file a settlement agreement. |
| 11:05 AM-11:16 AM | Recess |

11:16 AM              Parties continue with oral argument.

                      Parties are to file a short simultaneous briefs by **October 28, 2016**, on
                      whether the Court may consider the statements commissioners made  to
                      establish motive, intent, animus, in the context of a  town or  county
                      commission where the people who actually sponsored or voted for the
                      policy were the authors of the statements as stated in open court.

12:24 PM              Court adjourned.