# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

        **Plaintiffs,**

v.                                                                      Case No: 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

        **Defendant.**

## ORDER TO STRIKE

Upon consideration of the Notice of Unavailability (Doc. 87), filed by Plaintiffs, it is

**ORDERED** that the Notice is hereby STRICKEN. The rules of this Court do not provide for filing a Notice of Unavailability as a method to avoid abiding by deadlines and schedules established by the Court or to extend the time for responding to motions. Counsel may notify opposing counsel of his unavailability and request that his schedule be accommodated. With respect to deadlines for filing documents with the Court, attending hearings, or otherwise, counsel must file a motion for an enlargement of time or a continuance of a hearing or deposition date, as appropriate. It is impractical for the Court to be required to search the docket of each case for notices of unavailability before setting hearings and response deadlines.

Accordingly, counsel may not rely upon the filing of the notice as a basis to excuse his appearance before the Court as required or to comply with a deadline established by the Court or governing rules of procedures.

**DONE** and **ORDERED** in Orlando, Florida, on November 17, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record