UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DCI

**PLAINTIFFS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs attach a newly decided legislative-invocation case supporting their motion for summary judgment: *Bormuth v. County of Jackson*, __ F.3d __, No. 15-1869 (6th Cir. Feb. 15, 2017). The decision discusses the following issues raised in the parties' summary-judgment briefing: whether a county commission may discriminate based on religion in deciding who may present opening invocations (slip op. at 11, 20-23, 27, 31-32; *see also id.* at 48 (Griffin, J., dissenting)); whether a county commission may direct meeting attendees to rise for opening invocations (*id.* at 11, 14-15, 18, 20, 24-25); whether county commissioners'

1

purposes for a legislative-invocation practice are relevant to the practice's constitutionality (*id.* at 9, 21-23, 27); what can be considered to determine those purposes (*id.* at 22 n.8); and whether a challenge to a legislative-invocation practice must demonstrate that the invocations are proselytizing or disparaging (*id.* at 14 & n.2).

Respectfully submitted,

By: /s/ Alex J. Luchenitser                             Date: February 16, 2017
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on February 16, 2017, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                         Date: February 16, 2017
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.