# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,**

      **Plaintiffs,**

**v.**

**BREVARD COUNTY,**

      **Defendant.**

**Case No. 6:15-cv-1098-Orl-28DCI**

_____

## PLAINTIFFS' THIRD NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING CROSS-MOTIONS FOR SUMMARY JUDGMENT

On February 16, 2017, the plaintiffs notified the Court of a new Sixth Circuit legislative-invocation opinion: *Bormuth v. County of Jackson*, __ F.3d __, No. 15-1869, 2017 WL 603851 (6th Cir. Feb. 15, 2017).  On February 27, 2017, however, the Sixth Circuit granted rehearing en banc and vacated that opinion.  *See Bormuth v. Cty. of Jackson*, __ F.3d __, No. 15-1869, 2017 WL 744030 (6th Cir. Feb. 27, 2017).

Respectfully submitted,

By: /s/ Alex J. Luchenitser                          Date: March 8, 2017
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4500 Biscayne Blvd., Suite 340
Miami, FL 33137
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on March 8, 2017, I electronically filed this document by using

CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                     Date: March 8, 2017
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.