# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

        Plaintiffs,

v.                                  Case No: 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

        Defendant.
_____

## NOTICE OF HEARING

TAKE NOTICE that a telephonic status conference will take place on Wednesday, **March 15, 2017 at 9:30 a.m.** Counsel are directed to call 1-888-684-8852, access code 4135515 and security code 031517 for the conference.

**DONE** and **ORDERED** in Orlando, Florida, on March 10, 2017.

                                                    JOHN ANTOON II
                                                    United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties