# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION and HUMANIST COMMUNITY OF THE SPACE COAST,**

    **Plaintiffs,**

v.                 Case No:  6:15-cv-1098-Orl-28DCI

**BREVARD COUNTY,**

    **Defendant.**

| | |
|---|---|
| **JUDGE:** John Antoon II | **COUNSEL FOR PLAINTIFFS:** Alex J. Luchenitser, Bradley Girard, Nancy Gbana Abudu, |
| **DEPUTY CLERK:** Anita Justin | |
| **COURT REPORTER:** Suzanne Trimble | **COUNSEL FOR DEFENDANT:** Cristina Teresa Berrios, Scott L. Knox, and Diana E. Yuan |
| Trimblecourtreporter@gmail.com | |
| **SCHEDULED DATE/TIME:** MARCH 15, 2017  9:30 AM | Total Time:  19 minutes |

## MINUTES ON TELEPHONIC STATUS CONFERENCE

9:32 a.m.  Court conducts telephonic status conference.  Court advises counsel that it has been monitoring two cases in the 4th and 6th Circuit.

      Court will allow supplemental briefing on how free speech clause applies to this context and what authority there is, if any, regarding free speech component of the case.  Briefs are limited to 10 pages with Plaintiffs' due on 3/31/17, Defendant's due 15 days thereafter, and Plaintiff will be allowed a 3 page reply (if necessary) which will be due on 4/28/17.

9:51 a.m.  Court adjourned.