**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID WILLIAMSON, CHASE**
**HANSEL, KEITH BECHER,**
**RONALD GORDON, JEFFERY**
**KOEBERL, CENTRAL FLORIDA**
**FREETHOUGHT COMMUNITY,**
**SPACE COAST FREETHOUGHT**
**ASSOCIATION, and HUMANIST**
**COMMUNITY OF THE SPACE**
**COAST,**

      **Plaintiffs,**

**v.**

**BREVARD COUNTY,**
                                           **Case No. 6:15-cv-1098-Orl-28DCI**

      **Defendant.**

_____

**PLAINTIFFS' FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY**
**CONCERNING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs attach two supplemental authorities:

1.  An opinion on a motion to dismiss in a legislative-invocation case substantially similar to this one: *Fields v. Speaker of the Pennsylvania House of Representatives*, Civil Action No. 1:16-CV-1764 (M.D. Pa. Apr. 28, 2017).  The decision discusses the following issues raised in the parties' summary-judgment briefing: whether the Establishment Clause permits a governmental body to discriminate based on religion in deciding who may present opening invocations (slip op. at 25–27); whether the Establishment Clause permits

1

governmental officials to direct attendees of governmental meetings to rise for opening invocations (*id.* at 28–30); when a plaintiff has standing to challenge such discrimination and directives to rise (*id.* at 11–16, 31); whether such discrimination can be challenged on grounds other than the Establishment Clause (*id.* at 31–33[†]); and whether a challenge to a legislative-invocation practice must demonstrate that the invocations are proselytizing or disparaging (*id.* at 23–25).

2.  A memorandum issued on March 27, 2017 from Lernes J. Hebert, Acting Deputy Assistant Secretary of Defense for Military Personnel Policy, concerning "Faith and Belief Codes for Reporting Personnel Data of Service Members" (available at http://bit.ly/2qk8vYu).  This memorandum (at 6-7, Codes G5, ZA, and ZB) is relevant to the issue raised in the parties' summary-judgment briefing of whether atheism and Humanism are religions protected by the U.S. Constitution.

Respectfully submitted,

By: /s/ Alex J. Luchenitser _____         Date: May 1, 2017
        Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

---

[†] Though we do not agree with the result reached in this section of the opinion and maintain our prior arguments on this issue, we identify this section of the opinion for the sake of completeness.

2

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2017, I electronically filed this document by using CM/ECF,

which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser              Date: May 1, 2017
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.