UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE
HANSEL, KEITH BECHER,
RONALD GORDON, JEFFERY
KOEBERL, CENTRAL FLORIDA
FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT
ASSOCIATION, and HUMANIST
COMMUNITY OF THE SPACE
COAST,

    Plaintiffs,

v.

BREVARD COUNTY,                     Case No. 6:15-cv-1098-Orl-28DCI

    Defendant.

**PLAINTIFFS' FIFTH NOTICE OF SUPPLEMENTAL AUTHORITY
CONCERNING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs attach as a supplemental authority the U.S. Supreme Court's recent decision in *Matal v. Tam*, 137 S. Ct. 1744 (2017).  This decision addresses the following issues raised in the parties' summary-judgment briefing relating to the plaintiffs' Free Speech Clause claim: how to determine whether speech is government speech (*id.* at 1757–60) and whether prohibiting disparaging speech constitutes viewpoint discrimination that is impermissible in a limited public forum (*id.* at 1763–64 (Alito, J., plurality opinion for four Justices); *id.* at 1765–67 (Kennedy, J., concurring opinion for four other Justices)).

1

Respectfully submitted,

By: /s/ Alex J. Luchenitser				Date: June 30, 2017
    Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

## CERTIFICATE OF SERVICE

I certify that on June 30, 2017, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                Date: June 30, 2017
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.