UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DCI

**PLAINTIFFS' SIXTH NOTICE OF SUPPLEMENTAL AUTHORITY
CONCERNING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs attach as a supplemental authority the Fourth Circuit's en banc decision in *Lund v. Rowan County*, __ F.3d __, 2017 WL 2989481 (4th Cir. July 14, 2017). This decision addresses the following issues raised in the parties' summary-judgment briefing: whether a county commission may discriminate based on religion in deciding who may present opening invocations (*id.* at *7–10; *see also id.* at *20–21 (Motz, J., concurring); *id.* at *34–35 (Agee, J., dissenting)) and whether a county commission may direct meeting attendees to rise for opening invocations (*id.* at *14–16).

Respectfully submitted,

By: /s/ Alex J. Luchenitser                    Date: July 18, 2017
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2017, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser             Date: July 18, 2017
     Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.