UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DCI

**UNOPPOSED MOTION TO WITHDRAW BY PLAINTIFFS' COUNSEL BRADLEY GIRARD**

    Under Local Rule 2.03, plaintiffs' attorney Bradley Girard requests leave of Court to withdraw his representation of the plaintiffs because his term as a litigation fellow at Americans United for Separation of Church and State has ended. The plaintiffs will continue to be represented by Alex Luchenitser of Americans United and their other counsel.

    As required by Local Rule 2.03(b), Mr. Girard provided the plaintiffs and opposing counsel written notice of his intent to withdraw on August 2, 2017. Opposing counsel consents to this motion.

1

Respectfully submitted,

By: /s/ Bradley Girard                    Date: August 14, 2017
      Bradley Girard

Alex J. Luchenitser (Trial Counsel)*
Bradley Girard*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-3234 / Fax: 202-466-3353
luchenitser@au.org / girard@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 W. Flagler St., Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

## LOCAL RULE 3.1(G) CERTIFICATE

I certify that I conferred with opposing counsel about this motion and that opposing counsel graciously consented to it.

By: /s/ Bradley Girard                                   Date: August 14, 2017
      Bradley Girard

Bradley Girard
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-3234
Fax: 202-466-3353
girard@au.org
*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on August 14, 2017, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Bradley Girard                                  Date: August 14, 2017
      Bradley Girard

Bradley Girard
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-3234
Fax: 202-466-3353
girard@au.org
*Appearing *pro hac vice*.