UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,**

      Plaintiffs,

v.

**BREVARD COUNTY,**

      Defendant.

Case No. 6:15-cv-1098-Orl-28DCI

---

**PLAINTIFFS' SEVENTH NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiffs submit as a supplemental authority the Sixth Circuit's en banc decision in *Bormuth v. County of Jackson*, __ F.3d __, No. 15-1869, 2017 WL 3881973 (6th Cir. Sept. 6, 2017). This decision addresses the following issues relevant to the parties' summary-judgment briefing: whether a county commission may discriminate based on religion in deciding who may present opening invocations (*see id.* at *6, 8, 14 (majority opinion); *see also id.* at *24, 32–34, 38–39 (Moore, J., dissenting)); whether legislative prayer must be theistic (*see id.* at *14 (majority opinion)); whether a county commission may direct meeting

1

attendees to rise for opening invocations (*compare id.* at *16 (majority opinion) *with id.* at *30, 33, 35–36, 38–39 (Moore, J., dissenting)); and which opinion in *Town of Greece v. Galloway*, 134 S. Ct. 1811 (2014), represents controlling law on the issue of coercion (*compare id.* at *15 n.10 (footnote in lead opinion of Griffin, J., joined by two other judges) *with id.* at *19–20 (Rogers, J., concurring, joined by two other judges), *id.* at *30 n.6, 35 (Moore, J., dissenting, joined by four other judges in full and by White, J., in part), *and id.* at *39 (White, J., dissenting)).[†]

Respectfully submitted,

By: /s/ Alex J. Luchenitser                        Date: September 8, 2017
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

---

[†] Plaintiffs, of course, do not agree with the majority's principal holdings in this case and substantial portions of its analysis. This notice strives to identify the key relevant aspects of all the opinions issued by the Sixth Circuit's judges.

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Avenue
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2017, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser          Date: September 8, 2017
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.