UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DCI

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR ATTORNEY'S FEES AND COSTS**

Plaintiffs move for an extension of time of the deadline to file a motion or petition for attorney's fees, taxable costs, and nontaxable expenses from 14 days after entry of judgment (the default deadline in Federal Rule of Civil Procedure 54(d) and Local Rule 4.18) to 60 days after entry of judgment. The defendant consents to this motion.

The requested extension would give the parties an opportunity to negotiate an agreement concerning the amount of attorney's fees and costs, without spending additional

1

resources litigating the issue.  Commencing briefing on fees and costs could decrease the likelihood that the issue could be settled.

In addition, Plaintiffs' lead counsel has substantial other commitments over the next several weeks:  He will be out of the office from October 9 through October 13 to take and defend depositions in a case in Pennsylvania federal court.  He has a brief due in the Colorado Supreme Court on October 20.  He will be presenting oral argument to the New Jersey Supreme Court on October 23 or 24.  And, in the case at bar, under the Court's September 30, 2017 Order (Doc. No. 105), the parties must submit proposed language for the final judgment by October 13.

For the foregoing reasons, Plaintiffs respectfully ask that this unopposed motion be granted.

Respectfully submitted,

By: /s/ Alex J. Luchenitser                              Date: October 5, 2017
         Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Avenue
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

LOCAL RULE 3.1(G) CERTIFICATE

I certify that I conferred with opposing counsel about this motion and that opposing counsel graciously consented to it.

By: /s/ Alex J. Luchenitser              Date: October 5, 2017
     Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2017, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                Date: October 5, 2017
    Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.