# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

        Plaintiffs,

v.                              Case No:  6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

        Defendant.

## ORDER

The Court having considered Plaintiffs' Unopposed Motion for Extension of Time to Move for Attorney's Fees and Costs (Doc. 106), it is **ORDERED** that the motion is **GRANTED**. The deadline to file a motion for attorney's fees, costs, and expenses is extended to sixty days after entry of judgment.

**DONE** and **ORDERED** in Orlando, Florida, on October 5, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record