IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al.,

    Plaintiffs,

CASE NO. 6:15-CV-1098-ORL-28 DAB

vs.

BREVARD COUNTY,

    Defendant.

_____/

## UNOPPOSED MOTION TO WITHDRAW BY DEFENDANT'S COUNSEL, CRISTINA BERRIOS

Under Local Rule 2.03, Defendant's attorney Cristina Berrios requests leave of Court to withdraw her representation of the defendant because she is no longer employed by Brevard County Board of County Commissioners. The Defendant will continue to be represented by Scott Knox, Brevard County Attorney's Office, and its other counsel. As required by Local Rule 2.03(b), Ms. Berrios provided all parties and their counsel with written notice of her intent to withdraw on October 2, 2017. Opposing counsel consents to this motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served on all parties using the CM/ECF system.

Cristina Berrios, Esquire
Florida Bar No. 100691
Orange County Government
PO Box 1393
Orlando, FL 32802-1393
cristina.berrios@ocfl.net