UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.

Case No. 6:15-cv-1098-Orl-28DCI

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PROPOSED FINAL JUDGMENT AND SETTLEMENT AGREEMENT**

Plaintiffs move for an extension of time from October 13, 2017 to October 27, 2017 of the parties' deadline (set on pages 68-69 of the Court's September 30, 2017 Order (Doc. 105)) to file proposed language for the final judgment and the parties' settlement agreement as to damages. The defendant consents to this motion.

The parties hope to negotiate an agreement on the language of a proposed final judgment and have exchanged proposals. The requested extension would give the parties' counsel additional time needed to negotiate and consult with their respective clients.

1

Plaintiffs understand that the County Attorney's first opportunity to meet with the Board of County Commissioners to discuss issues relating to the final judgment will be on October 24.

For the foregoing reasons, Plaintiffs respectfully ask that this unopposed motion be granted.


Respectfully submitted,

By: /s/ Alex J. Luchenitser                                Date: October 12, 2017
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Avenue
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

LOCAL RULE 3.1(G) CERTIFICATE

I certify that I conferred with opposing counsel about this motion and that opposing counsel graciously consented to it.

By: /s/ Alex J. Luchenitser                              Date: October 12, 2017
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on October 12, 2017, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser          Date: October 12, 2017
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)\*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
\*Appearing *pro hac vice*.