# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

        **Plaintiffs,**

v.                                                                                          Case No: 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

        **Defendant.**

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Proposed Final Judgment and Settlement Agreement (Doc. 109), it is **ORDERED** that the motion is **GRANTED**. The deadline to file the parties' settlement agreement as to damages and proposed language for the final judgment is extended to **November 13, 2017**. The Clerk is directed to administratively close this file.

**DONE** and **ORDERED** in Orlando, Florida, on October 16, 2017.

                                                    JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record