# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,
          **Plaintiffs,**

v.
                                          Case No: 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,
          **Defendant.**

## ORDER

The Court has reviewed the Joint Motion By All Parties for Entry of Final Judgment (Doc. 112) and the proposed final judgment (Doc. 112-1) attached thereto. It appears to the Court that there is one substantive error in paragraph 3 of the proposed final judgment, and the Court suggests some other non-substantive edits to paragraphs 1, 3, and 7 of the parties' proposed judgment. Attached to this Order is the proposed final judgment as edited by the Court; the proposed modifications are in bold print. **No later than Monday, December 11, 2017**, the parties shall inform the Court whether they object to any of the Court's suggested modifications to the parties' proposal.

**DONE** and **ORDERED** in Orlando, Florida, on November **27**, 2017.

                                                                     JOHN ANTOON II
                                                                     United States District Judge

Copies furnished to:
Counsel of Record