UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.                                            Case No. 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

    Defendant.

**JOINT NOTICE BY ALL PARTIES THAT THEY DO NOT OBJECT TO COURT'S MODIFICATIONS TO PROPOSED FINAL JUDGMENT**

In response to the Court's November 27, 2017 Order (Doc. No. 113), the parties state that they have no objections to the Court's modifications to the parties' proposed Final Judgment. The parties' agreement as to the language of the Final Judgment does not constitute waiver of any of the parties' arguments concerning whether any of the County's conduct violated any provision of the U.S. and Florida Constitutions, and the parties continue to reserve all their rights to appeal any of the Court's rulings concerning whether the County's conduct violated any provision of the U.S. and Florida Constitutions.

Respectfully submitted,

By: __/s/ Alex J. Luchenitser_____      Date: November 28, 2017
      Alex J. Luchenitser (Trial Counsel for Plaintiffs)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 West Flagler Street, Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Ave.
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

By: ___[signature]_____      Date: 11/28/17, 2017
      Scott L. Knox (Trial Counsel for Defendant)

Scott L. Knox, Trial Counsel
Florida Bar No. 211291
OFFICE OF THE COUNTY ATTORNEY
2725 Judge Fran Jamieson Way
Viera, FL 32940
Phone: 321.633.2090
Facsimile: 321.633.2096
Scott.knox@brevardcounty.us

## CERTIFICATE OF SERVICE

I certify that on November 29, 2017, I electronically filed this document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: ___/s/ Alex J. Luchenitser_____          Date: November 29, 2017
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.