# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

        Plaintiffs,

v.                             Case No: 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

        Defendant.

## ORDER

The Court having entered Final Judgment (Doc. 115), the Clerk shall lift the administrative closure of this case and then close the case.

**DONE** and **ORDERED** in Orlando, Florida, on November 27, 2017.

                                                 JOHN ANTOON II
                                                 United States District Judge

Copies furnished to:
Counsel of Record