UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA

DAVID WILLIAMSON, et al.,             Case No. 6:15-cv-1098-Orl-28DCI

    Plaintiffs,

v.

BREVARD COUNTY,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Attorney Michael J. Roper hereby enters this Notice of Appearance as additional counsel for Defendant Brevard County in the above-captioned case.

          Respectfully submitted,

          */s/ Michael J. Roper*
          Michael J. Roper, Esquire
          Florida Bar No. 0473227
          mroper@bellroperlaw.com
          Secondary: phermosa@bellroperlaw.com
          Frank M. Mari, Esquire
          Florida Bar No. 93243
          fmari@bellroperlaw.com
          Secondary: nlehman@bellroperlaw.com
          Bell & Roper, P.A.
          2707 E. Jefferson Street
          Orlando, FL  32803
          Telephone: (407) 897-5150
          Facsimile: (407) 897-3332
          Attorney for Defendant Brevard County

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2017, the undersigned electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using CM/ECF.

                                            */s/ Michael J. Roper*
                                            Michael J. Roper, Esquire
                                            Florida Bar No. 0473227
                                            mroper@bellroperlaw.com
                                            Secondary: phermosa@bellroperlaw.com
                                            Frank M. Mari, Esquire
                                            Florida Bar No. 93243
                                            fmari@bellroperlaw.com
                                            Secondary: nlehman@bellroperlaw.com
                                            Bell & Roper, P.A.
                                            2707 E. Jefferson Street
                                            Orlando, FL  32803
                                            Telephone: (407) 897-5150
                                            Facsimile: (407) 897-3332
                                            Attorney for Defendant Brevard County