UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al.,                    Case No. 6:15-cv-1098-Orl-28DCI

    Plaintiffs,
v.

BREVARD COUNTY,

    Defendant.
_____/

## NOTICE OF APPEARANCE

Attorney Frank M. Mari hereby enters this Notice of Appearance as additional counsel for Defendant Brevard County in the above-captioned case.

Respectfully submitted,

*/s/ Frank Mari*
Michael J. Roper, Esquire
Florida Bar No. 0473227
mroper@bellroperlaw.com
Secondary: phermosa@bellroperlaw.com
Frank M. Mari, Esquire
Florida Bar No. 93243
fmari@bellroperlaw.com
Secondary: nlehman@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendant Brevard County

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, the undersigned electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using CM/ECF.

> */s/ Frank Mari*
> Michael J. Roper, Esquire
> Florida Bar No. 0473227
> mroper@bellroperlaw.com
> Secondary: phermosa@bellroperlaw.com
> Frank M. Mari, Esquire
> Florida Bar No. 93243
> fmari@bellroperlaw.com
> Secondary: nlehman@bellroperlaw.com
> Bell & Roper, P.A.
> 2707 E. Jefferson Street
> Orlando, FL  32803
> Telephone: (407) 897-5150
> Facsimile: (407) 897-3332
> Attorney for Defendant Brevard County