UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al.,                    Case No. 6:15-cv-1098-Orl-28DCI

    Plaintiffs,
v.

BREVARD COUNTY,

    Defendant.
_____/

## DEFENDANT BREVARD COUNTY'S NOTICE OF APPEAL

COMES NOW, Defendant Brevard County, by and through its undersigned attorney, hereby files and serves its Notice of Appeal.  Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Defendant Brevard County hereby appeals this Court's Order (Doc. 105) entered on September 30, 2017 (to the extent the Court denied Defendant Brevard County's Motion for Summary Judgment (Doc. 54) and granted Plaintiffs' Motion for Summary Judgment (Doc. 55)) and corresponding Final Judgment (Doc. 115) entered on November 29, 2017 to the United States Court of Appeals for the Eleventh Circuit.

    Respectfully submitted,

    */s/ Frank Mari*
    Michael J. Roper, Esquire
    Florida Bar No. 0473227
    mroper@bellroperlaw.com
    Secondary: phermosa@bellroperlaw.com
    Frank M. Mari, Esquire
    Florida Bar No. 93243
    fmari@bellroperlaw.com
    Secondary: nlehman@bellroperlaw.com
    Bell & Roper, P.A.
    2707 E. Jefferson Street
    Orlando, FL  32803
    Telephone: (407) 897-5150
    Facsimile: (407) 897-3332

Attorney for Defendant Brevard County

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2017, the undersigned electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using CM/ECF.

*/s/ Frank Mari*
Michael J. Roper, Esquire
Florida Bar No. 0473227
mroper@bellroperlaw.com
Secondary: phermosa@bellroperlaw.com
Frank M. Mari, Esquire
Florida Bar No. 93243
fmari@bellroperlaw.com
Secondary: nlehman@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendant Brevard County