**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID WILLIAMSON, CHASE**
**HANSEL, KEITH BECHER,**
**RONALD GORDON, JEFFERY**
**KOEBERL, CENTRAL FLORIDA**
**FREETHOUGHT COMMUNITY,**
**SPACE COAST FREETHOUGHT**
**ASSOCIATION, and HUMANIST**
**COMMUNITY OF THE SPACE**
**COAST,**

        **Plaintiffs,**

**v.**

**BREVARD COUNTY,**                                    **Case No. 6:15-cv-1098-Orl-28DCI**

        **Defendant.**

_____

**JOINT MOTION BY ALL PARTIES TO EXTEND TIME**
**TO MOVE FOR ATTORNEY'S FEES AND COSTS**
**UNTIL AFTER RESOLUTION OF APPEALS**

        All parties jointly move to extend the plaintiffs' deadline to file a motion or petition

for attorney's fees, taxable costs, and nontaxable expenses until after appellate proceedings in

this case are concluded: specifically, sixty days after (a) filing of the appellate mandate in

this Court's docket if the Court's final judgment is affirmed in its entirety, or (b) sixty days

after entry of a new final judgment if the Court's judgment is not affirmed in its entirety.

The current deadline is January 29, 2018.

Deferring briefing on attorney's fees, costs, and expenses until after resolution of appellate proceedings would promote efficient use of judicial and litigation resources. The County has appealed the Court's rulings against it. Doc. No. 119. The plaintiffs will shortly cross-appeal the Court's ruling against them on the coercion issue. If briefing and adjudication concerning attorney's fees proceeds now, and the Court's judgment is subsequently reversed on appeal in whole or in part, then the issue of attorney's fees will need to be relitigated on remand if the plaintiffs remain a prevailing party in whole or in part. And if the County prevails on all issues on appeal, then time spent earlier on litigating and adjudicating attorney's fees will have been wasted. Further, the plaintiffs will incur additional attorney's fees and expenses on appeal and — if the case is remanded for further proceedings — on remand, and it would be more efficient to litigate attorney's fees in one proceeding at the end of the case, instead of piecemeal, in multiple proceedings.

Deferring attorney's fees briefing until after appeal will also give the parties substantially more time to resolve the attorney's fees issue through a settlement. The parties would be able to attempt to negotiate an agreement settling attorney's fees and expenses while the appeal is pending.

To avoid any uncertainty on remand as to the due date of a fees motion, and to provide a reasonable opportunity for the parties to resolve the fees issue via settlement on remand if they cannot do so earlier, the parties respectfully ask that the Court — in extending plaintiffs' deadline to file a motion or petition for attorney's fees, taxable costs, and nontaxable expenses until after appellate proceedings in this case are concluded — specifically set the new deadline as sixty days after (a) filing of the appellate mandate in this

Court's docket if the Court's final judgment is affirmed in its entirety, or (b) sixty days after

entry of a new final judgment if the Court's judgment is not affirmed in its entirety.

> For the foregoing reasons, the parties respectfully ask that this joint motion be

granted.


Respectfully submitted,

By: /s/ Alex J. Luchenitser_____          Date: January 9, 2018
        Alex J. Luchenitser (for Plaintiffs)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Avenue
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

By:    /s/ Frank Mari                                                Date: January 9, 2018
           Frank Mari (for Defendant)
           (*Signed by Filing Attorney with permission of Non-filing Attorney*
           */s/ Alex J. Luchenitser*)

Michael J. Roper, Esquire
Florida Bar No. 0473227
mroper@bellroperlaw.com
Secondary: phermosa@bellroperlaw.com
Frank M. Mari, Esquire
Florida Bar No. 93243
fmari@bellroperlaw.com
Secondary: nlehman@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorneys for Defendant Brevard County

**CERTIFICATE OF SERVICE**

I certify that on January 9, 2018, I electronically filed this document by using

CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                                Date: January 9, 2018
    Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.