# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,
    **Plaintiffs,**

v.
             **Case No: 6:15-cv-1098-Orl-28DCI**

BREVARD COUNTY,
    **Defendant.**

_____

# ORDER

   Upon consideration, it is **ORDERED** that the Joint Motion By All Parties to Extend

Time to Move for Attorney's Fees and Costs Until After Resolution of Appeals (Doc. 121)

is **GRANTED**. The time for the filing of attorney's fees motions is extended to (a) sixty

days after the filing of the appellate mandate if the final judgment is affirmed in its entirety;

or (b) sixty days after entry of a new final judgment if the final judgment is not affirmed in

its entirety.

   **DONE** and **ORDERED** in Orlando, Florida, on January 9th, 2018.

                  JOHN ANTOON II
                United States District Judge

Copies furnished to:
Counsel of Record