**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,**

      **Plaintiffs,**

v.

**BREVARD COUNTY,**

      **Defendant.**

Case No. 6:15-cv-1098-Orl-28DCI

### PLAINTIFFS' NOTICE OF CROSS-APPEAL

Notice is given that all plaintiffs in the above-named case hereby cross-appeal to the United States Court of Appeals for the Eleventh Circuit, from the final judgment entered in this action on the 29th day of November, 2017 (Doc. 115 ¶¶ 1, 3), including the Order entered on the 30th day of September, 2017 (Doc. 105 at 50–55, 64–65, 68), to the extent the District Court granted summary and final judgment to the defendant, and denied summary and final judgment to the plaintiffs, with respect to the plaintiffs' coercion claims under the Establishment Clause of the First Amendment to the U.S. Constitution and Article I, Section 3 of the Florida Constitution.

1

Respectfully submitted,

By: /s/ Alex J. Luchenitser                          Date: January 10, 2018
      Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Nancy G. Abudu
Florida Bar #111881
Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel.: 786-363-2707 / Fax: 786-363-1108
nabudu@aclufl.org / dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
304 W. Washington Avenue
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.

**CERTIFICATE OF SERVICE**

I certify that on January 10, 2018, I electronically filed this document by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: /s/ Alex J. Luchenitser                Date: January 10, 2018
    Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306
Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.