UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

- - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST, | : | Case No.: 6:15-cv-1098-Orl-28DCI |
| Plaintiffs, | : | Orlando, Florida October 4, 2016 9:07 a.m. |
| vs. | : | |
| BREVARD COUNTY, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - X

TRANSCRIPT OF PLAINTIFF'S EMERGENCY MOTION
TO APPEAR TELEPHONICALLY
BEFORE THE HONORABLE JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

APPEARANCES:

Counsel for Plaintiff: (Via Telephone) — Alex J. Luchenitser, Bradley Girard

Counsel for Defendant: (Via Telephone) — Diana E. Yuan, Cristina Berrios

Proceedings recorded by mechanical stenography.
Transcript produced by computer-aided transcription.

Court Reporter: Suzanne L. Trimble, CCR, CRR, RPR
Federal Official Court Reporter
401 West Central Boulevard, Suite 4600
Orlando, Florida 32801
e-mail: trimblecourtreporter@gmail.com

P R O C E E D I N G S

THE COURTROOM DEPUTY: This is in the matter of David Williamson, et al. v. Brevard County, Case No. 6:15-civil-1098-Orl-28DAB.

Will counsel please state your names for the record?

MR. LUCHENITSER: Yes. Alex Luchenitser for plaintiffs.

MS. YUAN: Diana Yuan for the defendant.

MR. GIRARD: Bradley Girard for the plaintiffs.

THE COURT: Okay. I got a motion. This is John Antoon in Orlando, Florida, and I received a motion this morning regarding the weather here in Florida, and I guess it's a motion to allow counsel to appear by telephone.

MR. LUCHENITSER: That's correct, Your Honor.

THE COURT: Well, I checked the weather, Mr. Luchenitser, and I don't think it's going to be that bad, and I really have looked forward to this argument and want to hear from you, and it's just not the same by phone. So I'm gonna deny your motion, but I want you to know I'm not insensitive to your concern, but it doesn't appear that it's gonna be a problem.

MR. LUCHENITSER: Yeah. If we can make our flight back, which is a 6:00 flight back on Wednesday, it won't be a problem. We're just concerned that if for some reason we miss the flight or it gets canceled, it's the last flight of the

evening, that, you know, we might get stuck there.

THE COURT: According to what I've seen, it looks like the weather we will get tomorrow will most likely be in the morning. But if you -- you know, if that changes, I'll try to not keep you long. I didn't plan on restricting time to any great degree for this argument because there's so many interesting issues, but if you see that we're pushing the clock for your flight, let me know.

MR. LUCHENITSER: Okay. We were just worried that if somehow the flight gets canceled, we get stuck there. We'll get stuck there in the middle of a hurricane.

THE COURT: Well, I understand your concern, but we're operating here, and we don't plan on not operating, and I think you'll be -- I think you'll be fine.

MR. LUCHENITSER: Okay. Thank you, Your Honor. We will be there.

THE COURT: And besides that, I really can't hear you that well on the phone. So I think you're being here is important.

MR. LUCHENITSER: Okay. We will be there, Your Honor. Thank you.

THE COURT: Thank you. Have a good day.

MR. LUCHENITSER: Okay. You too.

MS. YUAN: All right. Thanks.

(WHEREUPON, this matter was concluded at 9:09 a.m.)

* * *

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter.

_/s/ Suzanne L. Trimble__________ 2/2/18
Suzanne L. Trimble, CCR, CRR, RPR Date
Official Court Reporter