**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Elizabeth M. Warren                                                                                      Benjamin C. Wynn
Clerk of Court                                                                                           Orlando Division Manager

DATE:      March 16, 2018

TO:        Clerk, U.S. Court of Appeals for the Eleventh Circuit

**DAVID WILLIAMSON, CHASE HANSEL,**
**KEITH BECHER, RONALD GORDON,**
**JEFFERY KOEBERL, CENTRAL FLORIDA**
**FREETHOUGHT COMMUNITY, SPACE**
**COAST FREETHOUGHT ASSOCIATION and**
**HUMANIST COMMUNITY OF THE SPACE**
**COAST,**

    Plaintiffs,

v.                                                              Case No:  6:15-cv-1098-Orl-28DCI

**BREVARD COUNTY,**

    Defendant.

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

**U.S.C.A. Case No.:**        17-15769-FF

Pursuant to Federal Rules of Appellate Procedure 11(c), the Clerk of the United States District Court for the Middle District of Florida hereby certifies that the record is complete for purposes of this appeal.  The following documents will be forwarded separately to the USCA.

- Complete Record on Appeal:

   1  Volumes of Exhibits (USB drives)

            ELIZABETH M. WARREN, CLERK

            By:     s/S. Manuel, Deputy Clerk