# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 21, 2018

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 17-15769-FF   ; 18-10109 -FF
Case Style: David Williamson, et al v. Brevard County
District Court Docket No: 6:15-cv-01098-JA-DCI

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court as to the Cross-Appellee. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Janet K. Mohler, FF
Phone #: (404) 335-6178

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 17-15769-FF

DAVID WILLIAMSON,
CHASE HANSEL,
KEITH BECHER,
RONALD GORDON,
JEFFERY KOEBERL,
CENTRAL FLORIDA FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT ASSOCIATION,
HUMANIST COMMUNITY OF THE SPACE COAST,

                              Plaintiffs - Counter Defendants - Appellees
                              - Cross Appellants,

versus

BREVARD COUNTY,

                              Defendant - Counter Claimant - Appellant
                              - Cross Appellee.

Appeal from the United States District Court
for the Middle District of Florida

Before: MARCUS and GRANT, Circuit Judges.

BY THE COURT:

The "Joint Motion by All Parties to (1) Voluntarily Dismiss Cross-appeal and (2) Extend Cross-Appellee Brevard County's Time To File a Bill of Costs for the Cross-Appeal Until the Deadline to File a Bill of Costs for Brevard County's Appeal" is GRANTED in full.