# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2019

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 17-15769-FF
Case Style: David Williamson, et al v. Brevard County
District Court Docket No: 6:15-cv-01098-JA-DCI

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to:  Lois Tunstall
Phone #:  (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 17-15769

_____

District Court Docket No.
6:15-cv-01098-JA-DCI

DAVID WILLIAMSON,
CHASE HANSEL,
KEITH BECHER,
RONALD GORDON,
JEFFERY KOEBERL,
CENTRAL FLORIDA FREETHOUGHT COMMUNITY,
SPACE COAST FREETHOUGHT ASSOCIATION,
HUMANIST COMMUNITY OF THE SPACE COAST,

                                                           Plaintiffs - Counter Defendants - Appellees,

versus

BREVARD COUNTY,

                                                           Defendant - Counter Claimant - Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 08, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 08/06/2019

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. __17-15769__

David Williamson, et al.  vs.  Brevard County

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ($.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) In-House | Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellate Docketing Fee | — | — | — | — | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | X | | 35 | 6 | 210 | $31.50 | 31.50 |
| Appellee's Brief | X | | 89 | 9 | 801 | $120.15 | 120.15 |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $151.65 REQUESTED | $ 120.15 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: __Alex Luchenitser__ (Digitally signed by Alex Luchenitser, Date: 2019.07.17 11:19:40 -04'00')

Date Signed: __7/22/2019__

Attorney Name: __Alex Luchenitser__ (Type or print your name)

Attorney for: __David Williamson, et al.__ (Type or print name of client)

E-mail: __luchenitser@au.org__

Phone: __202-466-7306__

Street Address/City/State/Zip: __Americans United for Separation of Church and State, 1310 L St. NW, Suite 200, Washington, DC 20005__

**FOR COURT USE ONLY**

Costs are hereby taxed in the amount of $ __$120.15__ against __appellant__

and are payable directly to __appellee__

David J. Smith, Clerk of Court

Issued on: _____   By: __Tina Porter__   DATE: __7/24/2019__
Deputy Clerk

BOC Rev.: 6/17