**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,**

    **Plaintiffs,**

**v.**                                    **Case No. 6:15-cv-1098-Orl-28DCI**

**BREVARD COUNTY,**

    **Defendant.**

### JOINT STATUS REPORT BY ALL PARTIES

In a July 8, 2019 opinion (Doc. 140) deciding an appeal filed by defendant Brevard County (Doc. 119), the U.S. Court of Appeals for the Eleventh Circuit affirmed in part, vacated in part, and remanded this Court's original Final Judgment (Doc. 115) in this case. The Eleventh Circuit issued its mandate with respect to this decision on August 6, 2019. (Doc. 141.)  Earlier, on November 21, 2018 (Doc. 139), the Eleventh Circuit had issued a separate mandate reflecting the voluntary dismissal by plaintiffs David Williamson, et al., of a cross-appeal that they had filed (Doc. 123).

After the Eleventh Circuit issued its August 6, 2019 mandate, the parties exchanged proposals to settle all issues in this litigation, and the parties would like to attempt to settle

1

the case.  The parties therefore respectfully advise the Court that it is unnecessary for the Court to take any action in this case at this time.

The parties will file joint status reports every thirty days, starting thirty days from today, advising of the status of the settlement discussions.  The parties do not believe that they need assistance from a court-provided mediator at this time, but will advise the Court if they subsequently desire such assistance.  Each side intends to use reasonable efforts to respond to any settlement proposal or counter-proposal from the other side within fourteen days of receipt, though the parties understand the fourteen-day period as a guideline and not a binding requirement.

Respectfully submitted,

By:   /s/ Alex J. Luchenitser                              Date: September 18, 2019
        Alex J. Luchenitser (Trial Counsel for Plaintiffs)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel.: 786-363-2714 / Fax: 786-363-1257
dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
10 N. Henry Street
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrf.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.


By: ___/s/ Frank M. Mari_____        Date: September 18, 2019
       Frank M. Mari (Counsel for Defendant)

Michael J. Roper, Esq.
mroper@bellroperlaw.com
Frank M. Mari, Esq.
fmari@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332

Christine M. Schverak, Esq.
christine.schverak@brevardfl.gov
Brevard County Attorney's Office
2725 Judge Fran Jamieson Way
Bldg. C — Suite 308
Viera, FL 32940
Telephone: (321) 633-2090
Facsimile: (321) 633-2096

## CERTIFICATE OF SERVICE

I certify that on September 18, 2019, I electronically filed this document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the defendant.

By: ___/s/ Alex J. Luchenitser_____          Date: September 18, 2019
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.