UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION and
HUMANIST COMMUNITY OF THE
SPACE COAST,

        Plaintiffs,

v.                                    Case No: 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

        Defendant.

## ORDER

Upon review of the record and the parties' Joint Status Report (Doc. 142), it is **ORDERED** as follows:

1. The parties shall file another joint status report on or before October 21, 2019, and every thirty days thereafter until further Order of the Court.

2. This case shall remain closed until the Court orders that it be reopened.

**DONE** and **ORDERED** in Orlando, Florida, on September 19ᵣ, 2019.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record