IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, et al.,

    Plaintiffs,                                        CASE NO. 6:15-CV-1098-ORL-28 DAB

vs.

BREVARD COUNTY,

    Defendant.
_____/

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that CHRISTINE M. SCHVERAK, enters her appearance as counsel for BREVARD COUNTY, and requests this Court and counsel for all interested parties to serve the undersigned with copies of all future papers filed herein, at the address below.

    Further, under Local Rule 2.03, Defendant requests the withdrawal of Scott Knox and Diana Yuan as counsel.  Defendant's prior attorneys, Scott Knox and Diana Yuan, are no longer in the employment of Defendant, BREVARD COUNTY, as of March 30, 2018, and April 27, 2018, respectively.  At the time they left Brevard County's employment, this case was under the jurisdiction of the United States Court of Appeals for the Eleventh Circuit and they properly filed to withdraw from the 11th Circuit case.  As stated above, the Defendant will continue to be represented by Christine M. Schverak, Brevard County Attorney's Office, and its other counsel. As required by Local Rule 2.03(b), Ms. Schverak has provided all parties and their counsel with written notice of Defendant's intent to file this pleading to accurately reflect its representation on October 16, 2019.  Opposing counsel consents to this pleading.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served on all parties using the CM/ECF system, including Alex J. Luchenitser, luchenitser@au.org, alexjluch@yahoo.com, gouzoules@au.org; Andrew L. Seidel, aseidel@ffrf.org; Daniel Mach, dmach@aclu.org, aarzani@aclu.org, rguterman@aclu.org; Daniel B. Tilley, dtilley@aclufl.org, courts@aclufl.org, daniel-tilley-6273@ecf.pacerpro.com; Frank Mari, fmari@bellroperlaw.com, fmmeservice@gmail.com, ihaines@bellroperlaw.com; Michael J. Roper mroper@bellroperlaw.com, bdecola@bellroperlaw.com, phermosa@bellroperlaw.com; Nancy Gbana Abudu nancy.abudu@splcenter.org, courts@aclufl.org; Rebecca Susan Markert rmarkert@ffrf.org; Scott L. Knox, sknox@uslegalteam.com, cathleen.cummings@brevardfl.gov; and Diana Yuan, Diana.Yuan@sanjoseca.gov.

/s/ Christine Schverak
Christine M. Schverak, Assistant County Attorney
Florida Bar No.: 605336
Office of the Brevard County Attorney
2725 Judge Fran Jamieson Way, Building C – Suite 308
Viera, Florida 32940
Telephone: (321) 633-2090
Facsimile: (321) 633-2096
Primary email:     christine.schverak@brevardfl.gov
Secondary emails:  calvin.khan@brevardfl.gov
                   cao.eservice@brevardfl.gov
Attorney for Defendant