UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.                                      Case No. 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

    Defendant.

### JOINT STATUS REPORT BY ALL PARTIES

After the parties filed a joint status report advising the Court that they would like to attempt to settle the case (Doc. 142), the Court issued an order providing that the case is to remain closed until further order of the court and that the parties are to file a joint status report by October 21, 2019, and every thirty days thereafter (Doc. 143).

The parties are continuing to attempt to reach a settlement of all issues in this litigation. Defendant sent Plaintiffs a settlement proposal on August 26, 2019. Plaintiffs sent Defendant a counter-proposal on September 16, 2019. Defendant sent Plaintiffs a counter-proposal on October 31, 2019. Plaintiffs are working on a response to Defendant's proposal and hope to be able to provide it to Defendant soon.

The parties will advise the Court if they desire assistance from a court-provided mediator.  The parties will file another status report by December 20, 2019.

Respectfully submitted,

By:   /s/ Alex J. Luchenitser                                        Date: November 15, 2019
         Alex J. Luchenitser (Trial Counsel for Plaintiffs)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel.: 786-363-2714 / Fax: 786-363-1257
dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
10 N. Henry Street
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrf.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.


By:   /s/ Frank M. Mari                                              Date: November 15, 2019
         Frank M. Mari (Counsel for Defendant)

Michael J. Roper, Esq.
mroper@bellroperlaw.com
Frank M. Mari, Esq.
fmari@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332

Christine M. Schverak, Esq.
christine.schverak@brevardfl.gov
Brevard County Attorney's Office
2725 Judge Fran Jamieson Way
Bldg. C — Suite 308
Viera, FL 32940
Telephone: (321) 633-2090
Facsimile: (321) 633-2096

## CERTIFICATE OF SERVICE

    I certify that on November 15, 2019, I electronically filed this document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the defendant.

By:   /s/ Alex J. Luchenitser                                     Date: November 15, 2019
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.