UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

    Plaintiffs,

v.                            Case No. 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

    Defendant.

### JOINT STATUS REPORT BY ALL PARTIES

After the parties filed a joint status report advising the Court that they would like to attempt to settle the case (Doc. 142), the Court issued an order providing that the case is to remain closed until further order of the Court and that the parties are to file a joint status report by October 21, 2019, and every thirty days thereafter (Doc. 143).

The parties have agreed to the terms of a Settlement Agreement and Proposed Consent Amended Final Judgment resolving all issues in this case, but the agreement is contingent on final approval by the Brevard County Board of County Commissioners, in accordance with Chapter 286 of the Florida Statutes, within sixty (60) days after the date that the Settlement Agreement was signed by both counsel for Plaintiffs and counsel for the County.  The parties therefore respectfully ask the Court to continue to keep the case closed

1

and refrain from taking any action in this case until after the Board approves the Settlement Agreement or fails to timely do so.

If the Settlement Agreement is approved, the parties will then file a Joint Motion by All Parties for Approval and Entry of Consent Amended Final Judgment, together with the Proposed Consent Amended Final Judgment.  If the Settlement Agreement is not timely approved, the parties will file a joint status report advising the Court of their views on what the next steps in the case should be.

The parties will file another status report within thirty days.

Respectfully submitted,

By:     /s/ Alex J. Luchenitser                                   Date: January 21, 2020
        Alex J. Luchenitser (Trial Counsel for Plaintiffs)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel.: 786-363-2714 / Fax: 786-363-1257
dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
10 N. Henry Street
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrf.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.


By:   /s/ Frank M. Mari                          Date: January 21, 2020
       Frank M. Mari (Counsel for Defendant)

Michael J. Roper, Esq.
mroper@bellroperlaw.com
Frank M. Mari, Esq.
fmari@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332

Christine M. Schverak, Esq.
christine.schverak@brevardfl.gov
Brevard County Attorney's Office
2725 Judge Fran Jamieson Way
Bldg. C — Suite 308
Viera, FL 32940
Telephone: (321) 633-2090
Facsimile: (321) 633-2096

## CERTIFICATE OF SERVICE

  I certify that on January 21, 2020, I electronically filed this document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the defendant.

By:   /s/ Alex J. Luchenitser        Date: January 21, 2020
   Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.