### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,**

    Plaintiffs,

v.                                          Case No. 6:15-cv-1098-Orl-28DCI

**BREVARD COUNTY,**

    Defendant.

_____

**JOINT MOTION BY ALL PARTIES FOR ENTRY OF CONSENT AMENDED FINAL JUDGMENT**

In a July 8, 2019 opinion (Doc. 140) deciding an appeal filed by defendant Brevard County (Doc. 119), the U.S. Court of Appeals for the Eleventh Circuit affirmed in part, vacated in part, and remanded this Court's original Final Judgment (Doc. 115) in this case. The Eleventh Circuit issued its mandate with respect to this decision on August 6, 2019. (Doc. 141.)  Earlier, on November 21, 2018 (Doc. 139), the Eleventh Circuit had issued a separate mandate reflecting the voluntary dismissal by plaintiffs David Williamson, et al., of a cross-appeal that they had filed (Doc. 123).

The parties have reached a Settlement Agreement encompassing all issues in the case. In accordance with that Settlement Agreement, the parties now jointly move that the Court enter the agreed-upon proposed Consent Amended Final Judgment that is attached as Exhibit

1

A hereto.  The parties further move that the Court temporarily reopen this case if and to the extent necessary to enter the proposed Consent Amended Final Judgment.

The parties agree that the injunctive and declaratory relief in the proposed Consent Amended Final Judgment are consistent with the Eleventh Circuit's July 8, 2019 opinion in this case and that the damages provisions in the proposed Consent Amended Final Judgment are consistent with the parties' April 6, 2016 Mediation Partial Settlement Agreement (Doc. 112-2).  The parties have further agreed to the other provisions of the Consent Amended Final Judgment and that, as a whole, it is fair, reasonable, adequate, and consistent with public policy.  *See, e.g.*, *In re Smith*, 926 F.2d 1027, 1029 (11th Cir. 1991).

For the foregoing reasons, the parties respectfully ask that the Court approve and enter the proposed Consent Amended Final Judgment.

Respectfully submitted,

By: /s/ Alex J. Luchenitser Date: February 14, 2020
 Alex J. Luchenitser (Trial Counsel for Plaintiffs)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org

Daniel B. Tilley
Florida Bar #102882
ACLU of Florida
4343 West Flagler St., Suite 400
Miami, FL 33134
Tel.: 786-363-2714 / Fax: 786-363-1257
dtilley@aclufl.org

Rebecca S. Markert*
Andrew L. Seidel*
Freedom From Religion Foundation, Inc.
10 N. Henry Street
Madison, WI 53703
Tel.: 608-256-8900 / Fax: 608-204-0422
rmarkert@ffrf.org / aseidel@ffrg.org

Daniel Mach*
ACLU Program on Freedom of Religion and Belief
915 15th Street NW
Washington, DC 20005
Tel.: 202-548-6604 / Fax: 202-546-0738
dmach@aclu.org

*Appearing *pro hac vice*.


By:    /s/ Frank M. Mari                                                  Date: February 14, 2020
      Frank M. Mari (Counsel for Defendant)

Michael J. Roper, Esq.
mroper@bellroperlaw.com
Frank M. Mari, Esq.
fmari@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332

Christine M. Schverak, Esq.
christine.schverak@brevardfl.gov
Brevard County Attorney's Office
2725 Judge Fran Jamieson Way
Bldg. C — Suite 308
Viera, FL 32940
Telephone: (321) 633-2090
Facsimile: (321) 633-2096

**CERTIFICATE OF SERVICE**

      I certify that on February 14, 2020, I electronically filed this document with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the defendant.

By:   /s/ Alex J. Luchenitser                            Date: February 14, 2020
       Alex J. Luchenitser (Trial Counsel)

Alex J. Luchenitser (Trial Counsel)*
Americans United for Separation of Church and State
1310 L Street NW, Suite 200
Washington, DC 20005
Tel.: 202-466-7306 / Fax: 202-466-3353
luchenitser@au.org
*Appearing *pro hac vice*.