# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID WILLIAMSON, CHASE HANSEL, KEITH BECHER, RONALD GORDON, JEFFERY KOEBERL, CENTRAL FLORIDA FREETHOUGHT COMMUNITY, SPACE COAST FREETHOUGHT ASSOCIATION, and HUMANIST COMMUNITY OF THE SPACE COAST,

        Plaintiffs,

v.

BREVARD COUNTY,

        Defendant.

Case No: 6:15-cv-1098-Orl-28DCI

## ORDER

In light of the Joint Motion By All Parties for Entry of Consent Amended Final Judgment (Doc. 150), the Clerk is directed to reopen this case.

**DONE** and **ORDERED** in Orlando, Florida, on February 18, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record