**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID WILLIAMSON, CHASE HANSEL,
KEITH BECHER, RONALD GORDON,
JEFFERY KOEBERL, CENTRAL
FLORIDA FREETHOUGHT
COMMUNITY, SPACE COAST
FREETHOUGHT ASSOCIATION, and
HUMANIST COMMUNITY OF THE
SPACE COAST,

      Plaintiffs,

v.

      Case No: 6:15-cv-1098-Orl-28DCI

BREVARD COUNTY,

      Defendant.

## ORDER

The Court having entered a Consent Amended Final Judgment (Doc. 152) resolving all remaining issues in this case, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida, on February 20, 2020.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record